## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC,[1] | : | Case No. 21-30589 (JCW) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |
| LTL MANAGEMENT LLC, | : | Adversary Proceeding |
| | : | |
| Plaintiff, | : | |
| | : | Adv. Pro. No. 21-03032 (JCW) |
| v. | : | |
| | : | |
| THOSE PARTIES LISTED ON | : | |
| APPENDIX A TO COMPLAINT and | : | |
| JOHN AND JANE DOES 1-1000, | : | |
| | : | |
| Defendants. | : | **Ref. Docket Nos. 1-6, 10** |
| | : | |

## <u>CORRECTED CERTIFICATE OF SERVICE</u>

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the following:

    a.  "Debtor's Complaint for Declaratory and Injunctive Relief (I) Declaring that the Automatic Stay Applies to Certain Actions Against Non-Debtors or, (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing," dated October 21, 2021, [Docket No. 1 in Case No. 21-03032], (the "Complaint"),

---

[1]  The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

b. "Debtor's Motion for an Order (I) Declaring that the Automatic Stay Applies to Certain Actions Against Non-Debtors or (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing," dated October 21, 2021 [Docket No. 2 in Case No. 21-03032], (the Preliminary Motion"),

c. "Supplemental Declaration of John K. Kim in Support of Debtor's Complaint for Declaratory and Injunctive Relief and Related Motions," dated October 21, 2021 [Docket No. 3 in Case No. 21-03032], (the "Declaration")

d. "Debtor's Ex Parte Motion Requesting Authority to Exceed Maximum Page Limit," dated October 21, 2021 [Docket No. 4 in Case No. 21-03032], (the "Ex Parte Motion"),

e. "Notice of Emergency Hearing on Adversary Proceeding Pleadings," dated October 21, 2021 [Docket No. 5 in Case No. 21-03032], (the "NOH"),

f. "Notice of Agenda of Matters Scheduled for Hearing on October 22, 2021," dated October 21, 2021 [Docket No. 6 in Case No. 21-03032], and

g. "Summons in an Adversary Proceeding," dated October 22, 2021 [Docket No. 10 in Case No. 21-03032], (the "Summons"),

by causing true and correct copies of the:

i. Complaint, Preliminary Motion, Declaration, Ex Parte Motion, NOH, and Agenda to be delivered via electronic mail to those parties listed on the annexed Exhibit A, on October 21, 2021, and

ii. Summons to be delivered via electronic mail to those parties listed on the annexed Exhibit A, on October 22, 2021.


*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
22nd day of October, 2021
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

**EXHIBIT A**

**LTL MANAGEMENT LLC**
**MSL Email Service List**

| Name | Email Address |
| --- | --- |
| ARNOLD & ITKIN LLP | cboatright@arnolditkin.com |
| ARNOLD & ITKIN LLP | rchristensen@arnolditkin.com |
| ARNOLD & ITKIN LLP | jitkin@arnolditkin.com |
| ASHCRAFT & GEREL, LLP | jgreen@ashcraftlaw.com |
| ASHCRAFT & GEREL, LLP | plyons@ashcraftlaw.com |
| ASHCRAFT & GEREL, LLP | mparfitt@ashcraftlaw.com |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC | marybeth@putnicklegal.com |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC | dthornburgh@awkolaw.com |
| BARNES FIRM | joe.vazquez@thebarnesfirm.com |
| BEASLEY ALLEN LAW FIRM | charlie.stern@beasleyallen.com |
| BEASLEY ALLEN LAW FIRM | LEIGH.odell@beasleyallen.com |
| CELLINO LAW LLP | brian.goldstein@cellinolaw.com |
| COHEN, PLACITELLA & ROTH, P.C. | dgeier@cprlaw.com; cplacitella@cprlaw.com |
| COHEN, PLACITELLA & ROTH, P.C. | jmplacitella@cprlaw.com |
| DALIMONTE RUEB STOLLER, LLP | john@drlawllp.com |
| DALIMONTE RUEB STOLLER, LLP | jorendi@drlawllp.com |
| DALIMONTE RUEB STOLLER, LLP | greg@drlawllp.com |
| DEAN OMAR BRANHAM SHIRLEY, LLP | jdean@dobslegal.com |
| FEARS NACHAWATI LAW FIRM | dmcdowell@fnlawfirm.com |
| FERRARO LAW FIRM | lbr@ferrarolaw.com |
| FERRARO LAW FIRM | jlb@ferrarolaw.com |
| FLINT LAW FIRM LLC | eflint@flintlaw.com |
| GOLOMB SPIRIT GRUNFELD, P.C. | kgrunfeld@golombhonik.com |
| GOLOMB SPIRIT GRUNFELD, P.C. | rgolomb@golombhonik.com |
| GOLOMB SPIRIT GRUNFELD, P.C. | aspirt@golombhonik.com |
| HONIK LLC | ruben@honiklaw.com |
| HONIK LLC | david@honiklaw.com |
| KARST & VON OISTE LLP | epk@karstvonoiste.com |
| KATTEN MUCHIN ROSENMAN LLP | shaya.rochester@katten.com |
| KATTEN MUCHIN ROSENMAN LLP | katherine.scherling@katten.com |
| KATTEN MUCHIN ROSENMAN LLP | kelsey.panizzola@katten.com |
| KAZAN, MCCLAIN, SATTERLY & GREENWOOD PLC | jsatterley@kazanlaw.com |
| KIESEL LAW, LLP | zukin@kiesel.law; kiesel@kiesel.law; palmer@kiesel.law |
| KING & SPALDING LLP | ccorey@kslaw.com |
| KING & SPALDING LLP | dschneider@kslaw.com |
| LANIER LAW FIRM | michael.akselrud@lanierlawfirm.com |
| LEVY KONIGSBERG LLP | mmaimon@levylaw.com |

**LTL MANAGEMENT LLC**
**MSL Email Service List**

| | |
|---|---|
| LEVY KONIGSBERG LLP | JBlock@levylaw.com |
| MANIER & HEROD, P.C. | rmiller@manierherod.com |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC | bfrench@mrhfmlaw.com |
| MENDES & MOUNT LLP | eileen.mccabe@mendes.com |
| MENDES & MOUNT LLP | stephen.roberts@mendes.com |
| MILLER FIRM, LLC | choke@millerfirmllc.com |
| MOON WRIGHT & HOUSTON, PLLC | rwright@mwhattorneys.com |
| MOON WRIGHT & HOUSTON, PLLC | ahouston@mwhattorneys.com |
| MOON WRIGHT & HOUSTON, PLLC | cbrown@mwhattorneys.com |
| MOORE & VAN ALLEN PLLC | hillarycrabtree@mvalaw.com |
| MOTLEY RICE LLC | jhurst@motleyrice.com |
| MOTLEY RICE LLC | cscott@motleyrice.com |
| NAPOLI SHKOLNIK PLLC | clopalo@napolibern.com |
| NAPOLI SHKOLNIK PLLC | jheisman@napolibern.com |
| NEXSEN PRUET, PLLC | cmyatt@nexsenpruet.com |
| NEXSEN PRUET, PLLC | mwatkins@nexsenpruet.com |
| NORTHEN BLUE, LLP | jan@nbfirm.com |
| NORTHERN BLUE, LLP | vlp@nbfirm.com |
| NORTHERN BLUE, LLP | jpc@nbfirm.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | rachel.obaldo@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | autumn.highsmith@oag.texas.gov |
| OFFICE OF THE UNITED STATES BANKRUPTCY ADMINISTRATOR | shelley_abel@ncwba.uscourts.gov |
| ONDERLAW, LLC | onder@onderlaw.com |
| PARKER POE ADAMS & BERNSTEIN LLP | ashleyedwards@parkerpoe.com |
| REED SMITH LLP | jangelo@reedsmith.com |
| REED SMITH LLP | psinger@reedsmith.com |
| SIMMONS HANLY CONROY LLC | jkramer@simmonsfirm.com |
| SIMON GREENSTONE PANATIERE BARTLETT, PC | cpanatier@sgpblaw.com |
| SIMPSON THACHER & BARTLETT LLP | squsba@stblaw.com |
| SIMPSON THACHER & BARTLETT LLP | cwaldman@stblaw.com |
| SIMPSON THACHER & BARTLETT LLP | jamie.fell@stblaw.com |
| SIMPSON THACHER & BARTLETT LLP | zachary.weiner@stblaw.com |
| THE GORI LAW FIRM | beth@gorijulianlaw.com |
| THE GORI LAW FIRM | sara@gorijulianlaw.com |
| THE GORI LAW FIRM | todd@gorijulianlaw.com |
| THE HENDERSON LAW FIRM, PLLC | henderson@title11.com |
| TRAMMELL PC | fletch@trammellpc.com |
| WEITZ & LUXENBERG, P.C. | dkraftjr@weitzlux.com |
| WEITZ & LUXENBERG, P.C. | erelkin@weitzlux.com |

**LTL MANAGEMENT LLC**
**MSL Email Service List**

| WHITE & CASE LLP | jessica.lauria@whitecase.com |
|---|---|
| WHITE & CASE LLP | ricardo.pasianotto@whitecase.com |
| WHITE & CASE LLP | blair.warner@whitecase.com |
| WHITE & CASE LLP | laura.femino@whitecase.com |
| WHITE & CASE LLP | gkurtz@whitecase.com |
| WHITE & CASE LLP | mshepherd@whitecase.com |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| Email Address | Law Firm |
|---|---|
| rahdoot@ahdootwolfson.com | AHDOOT & WOLFSON, PC |
| aberger@allan-berger.com | ALLAN BERGER AND ASSOCIATES |
| jnolte@allennolte.com | ALLEN & NOLTE PLLC |
| aimee.wagstaff@andruswagstaff.com | ANDRUS WAGSTAFF, P.C. |
| albert.northrup@andruswagstaff.com | ANDRUS WAGSTAFF, P.C. |
| david.wool@andruswagstaff.com | ANDRUS WAGSTAFF, P.C. |
| sarah.wolter@andruswagstaff.com | ANDRUS WAGSTAFF, P.C. |
| adwyer@arnoldtkin.com | ARNOLD & ITKIN LLP |
| bclark@arnoldtkin.com | ARNOLD & ITKIN LLP |
| cboatright@arnoldtkin.com | ARNOLD & ITKIN LLP |
| jitkin@arnoldtkin.com | ARNOLD & ITKIN LLP |
| rchristensen@arnoldtkin.com | ARNOLD & ITKIN LLP |
| jgreen@ashcraftlaw.com | ASHCRAFT & GEREL |
| mparfitt@ashcraftlaw.com | ASHCRAFT & GEREL |
| plyons@ashcraftlaw.com | ASHCRAFT & GEREL |
| jlyon@thelyonfirm.com | ASHCRAFT & GEREL, LLP |
| Dthornburgh@awkolaw.com | AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC |
| marybeth@putnicklegal.com | AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC |
| thornburgh@awkolaw.com | AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC |
| celliott@coloradolaw.net | BACHUS & SCHANKER LLC |
| joe.vazquez@TheBarnesFirm.com | BARNES FIRM |
| bevis@barneslawgroup.com | BARNES LAW GROUP, LLC |
| roy@barnreslawgroup.com | BARNES LAW GROUP, LLC |
| hwerkema@baronbudd.com | BARON & BUDD, P.C. |
| jmann@baronbudd.com | BARON & BUDD, P.C. |
| bhamilton@barrettlaw.com | BARRETT LAW GROUP |
| bhamilton@barrettlawgroup.com | BARRETT LAW GROUP |
| dbarrett@barrettlawgroup.com | BARRETT LAW GROUP |
| dmcmullan@barrettlawgroup.com | BARRETT LAW GROUP |
| kriley@barrettlawgroup.com | BARRETT LAW GROUP |
| sstarns@barrettlawgroup.com | BARRETT LAW GROUP |
| rwedinger@bmctwlaw.com | BARRY, MCTIERNAN & WEDINGER |
| blair@blairdurham.com | Bart Durham Injury Law |
| mbaum@baumhedlundlaw.com | BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C. |
| nmaldonado@baumhedlundlaw.com | BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C. |
| azick@beasleyallen.com | BEASLEY ALLEN |
| brittany.scott@beasleyallen.com | BEASLEY ALLEN |
| brittany.scott@beasleyallen.comeyallen.com | BEASLEY ALLEN |
| charlie.stern@beasleyallen.com | BEASLEY ALLEN |
| david.dearing@beasleyallen.com | BEASLEY ALLEN |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| eague@beasleyallen.com | BEASLEY ALLEN |
| Lauren.James@BeasleyAllen.com | BEASLEY ALLEN |
| leigh.odell@beasleyallen.com | BEASLEY ALLEN |
| mmel@beasleyallen.com | BEASLEY ALLEN |
| quinn@bmalawfirm.com | BEKMAN, MARDER, & ADKINS, LLC |
| rich@bergstresser.com | BERGSTRESSER & POLLOCK PC |
| dlee@bernlieb.com | BERNSTEIN & STERN, LLC |
| dweck.morris@gmail.com | BERSTEIN LIEBHARD LLP / RHEINGOLD VALET RHEINGOLD MCCARTNEY |
| tbevan@bevanlaw.com | BEVAN & ASSOCIATES LPA, INC. |
| antunovich@bisnarchase.com | BISNAR AND CHASE |
| chase@bisnarchase.com | BISNAR AND CHASE |
| danmcdyer@ambylaw.com | BLAINE JONES LAW, LLC |
| ajh@bbgbalaw.com | BLASINGAME, BURCH, GARRARD & ASHLEY, P.C. |
| hgg@bbgbalaw.com | BLASINGAME, BURCH, GARRARD & ASHLEY, P.C. |
| jbm@bbgbalaw.com | BLASINGAME, BURCH, GARRARD & ASHLEY, P.C. |
| jbw@bbgbalaw.com | BLASINGAME, BURCH, GARRARD & ASHLEY, P.C. |
| phg@bbgbalaw.com | BLASINGAME, BURCH, GARRARD & ASHLEY, P.C. |
| lpittard@bbga.com | BLASINGAME, BURCH, GARRARD & ASHLEY, PC |
| sschramm@bbga.com | BLASINGAME, BURCH, GARRARD & ASHLEY, PC |
| eblizzard@blizzardlaw.com | BLIZZARD & NABERS, LLP |
| sbruera@blizzardlaw.com | BLIZZARD & NABERS, LLP |
| rcb@blocklawfirm.com | BLOCK LAW FIRM, APLC |
| scott@bohrerbrady.com | BOHRER LAW FIRM, LLC |
| dgolanty@boodlaw.com | BOODELL & DOMANSKIS, LLC |
| sweltman@boodlaw.com | BOODELL & DOMANSKIS, LLC |
| bhujwala@boucher.la | BOUCHER LLP |
| ray@boucher.law | BOUCHER LLP |
| haindfield.matthew@bradshawlaw.com | BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE |
| jbradley@branchlawfirm.com | BRANCH LAW FIRM |
| mbranch@branchlawfirm.com | BRANCH LAW FIRM |
| gpurcell@braytonlaw.com | BRAYTON PURCELL LLP |
| pscott@brbcsw.com | BROWN, READDICK, BUMGARTNER, CARTER, STRICKLAND & WATKINS LLP |
| akbruster@brusterpllc.com | BRUSTER PLLC |
| rbuck@buckfirm.com | BUCK LAW FIRM |
| adrian@buckbarrlaw.com | BUCKINGHAM BARRERA LAW FIRM |
| skatz@burgsimpson.com | BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C. |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| aklevorn@burnscharest.com | BURNS CHAREST LLP |
| dcharest@burnschares.com | BURNS CHAREST LLP |
| knelson@burnscharest.com | BURNS CHAREST LLP |
| wburns@burnscharest.com | BURNS CHAREST LLP |
| apretz@capretz.com | CAPRETZ & ASSOCIATES |
| cdf@cardarolaw.com | CARDARO & PEEK, L.L.C. |
| jlp@cardarolaw.com | CARDARO & PEEK, L.L.C. |
| tcc@cardarolaw.com | CARDARO & PEEK, L.L.C. |
| brian.goldstein@cellinoandbarnes.com | CELLINO & BARNES, P.C. |
| brian.goldstein@cellinolaw.com | CELLINO & BARNES, P.C. |
| joe.vazquez@cellinoandbarnes.com | CELLINO & BARNES, P.C. |
| luhana@chaffinluhana.com | CHAFFIN LUHANA LLP |
| champ@champlyons.com | CHAMP LYONS III, PC |
| gnewman@cas-law.com | CHAPPELL, SMITH & ARDEN, P.A. |
| hugh@csa-law.com | CHAPPELL, SMITH & ARDEN, P.A. |
| mchappell@csa-law.com | CHAPPELL, SMITH & ARDEN, P.A. |
| amy@cheeleylawgroup.com | CHEELEY LAW GROUP |
| pat@cheeleylawgroup.com | CHEELEY LAW GROUP |
| jmw@chehardy.com | CHEHARDY, SHERMAN, WILLIAMS, RECILE, STAKELUM & HAYES, LLP |
| bsmith@cssfirm.com | CHILDERS, SCHLUETER & SMITH, LLC |
| rac@cliffordlaw.com | CLIFFORD LAW OFFICES, P.C. |
| smm@cliffordlaw.com | CLIFFORD LAW OFFICES, P.C. |
| glaker@cohemandmalad.com | COHEN & MALAD, LLP |
| jgibson@cohenandmalad.com | COHEN & MALAD, LLP |
| thompson@cohenandmalad.com | COHEN & MALAD, LLP |
| cplacitella@cpr.com | Cohen, Placitella & Roth |
| cplacitella@cprlaw.com | COHEN, PLACITELLA & ROTH, P.C. |
| dgeier@cprlaw.com | COHEN, PLACITELLA & ROTH, P.C. |
| jmplacitella@cprlaw.com | COHEN, PLACITELLA & ROTH, P.C. |
| broche@lde.law | COLLEY SHROYER & ABRAHAM CO. LLC |
| cjones@cbsclaw.com | COOK, BARTHOLOMEW, SHEVLIN, COOK & JONES LLP |
| mcooney@cooneyconway.com | COONEY AND CONWAY |
| aa@andrewsthornton.com | CPC |
| ali.abtahi@abtahilaw.com | CPC |
| jct@andrewsthornton.com | CPC |
| lr@andrewsthornton.com | CPC |
| gspizer@anapolschartz.com | CRAIG SWAPP & ASSOCIATES |
| brendant@cuneolaw.com | CUNEO GILBERT & LADUCA, LLP |
| greg@drlawllp.com | DALIMONTE RUEB, LLP |
| john@drlawallp.com | DALIMONTE RUEB, LLP |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| john@drlawllp.com | DALIMONTE RUEB, LLP |
| jorendi@drlawllp.com | DALIMONTE RUEB, LLP |
| lsimon@bdaltonlaw.com | DALTON AND ASSOCIATES, PA |
| grubbs@monsourlawfirm.com | DANIEL & ASSOCIATES, LLC |
| mdaniel@lawyerworks.com | DANIEL & ASSOCIATES, LLC |
| gdavis@dbjlaw.net | DAVIS, BETHUNE & JONES, L.L.C. |
| truzicka@dbjlaw.net | DAVIS, BETHUNE & JONES, L.L.C. |
| jdean@dobslegal.com | DEAN OMAR BRANHAM, LLP |
| all-deaton@deatonlawfirm.com | DEATON LAW FIRM |
| jdeaton@deatonlawfirm.com | DEATON LAW FIRM |
| jab@decof.com | DECOF, BARRY, MEGA & QUINN, P.C. |
| adegaris@cwcd.com | DEGARIS WRIGHT MCCALL |
| hmccall@waynewright.com | DEGARIS WRIGHT MCCALL |
| ahall@dahlaw.com | DELISE & HALL |
| bdelise@divelawyer.com | DELISE & HALL |
| jdell@d2triallaw.com | DELL & DEAN PLLC |
| jmassaro@d2triallaw.com | DELL & DEAN PLLC |
| ennislaw1959@hotmail.com | DENNIS LAW FIRM |
| ddiamond@diamondlawusa.com | DIAMOND LAW |
| madicello@dicellolevitt.com | DICELLO LEVITT GUTZLER LLC |
| aaron@dickeyfirm.com | DICKEY LAW FIRM, LLP |
| jbablove@dkblawyers.com | DICKSON KOHAN & BABLOVE LLP |
| hris@thedriscollfirm.com | DRISCOLL FIRM, P.C. |
| john@thedriscollfirm.com | DRISCOLL FIRM, P.C. |
| ohn@thedriscollfirm.com | DRISCOLL FIRM, P.C. |
| duffy@cpduffylaw.com | DUFFY LAW LLC |
| tim@rdwyer.com | DWYER WILLIAMS POTTER |
| bkenney@elslaw.com | EARLY LUCARELLI SWEENEY & MEISENKOTHEN |
| bsweeney@elslaw.com | EARLY LUCARELLI SWEENEY & MEISENKOTHEN |
| darren@darrenwolf.com | EDLUND, GALLAGHER, HASLAM, MCCALL, WOLF & WOOTEN, PLLC |
| lubylaw@lubylawfirm.com | EDWARD F. LUBY, LLC |
| beichen@njaadvocates.com | EICHEN, CRUTCHLOW, ZASLOW & MCELROY, LLP |
| jkelly@njadvocates.com | EICHEN, CRUTCHLOW, ZASLOW & MCELROY, LLP |
| nancy@erlegal.com | EISENBERG, ROTHWEILER, WINKLER EISENBERG & JECK, P.C. |
| rick@ely-law.com | ELY LAW, LLC |
| burt@eburlaw.com | ELY, BETTINI, ULMAN, ROSENBLATT & OZER |
| don@elglaw.com | ENVIRONMENTAL LITIGATION GROUP, PC |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| pluff2fnlawfirm.com | FEARS NACHAWATI LAW FIRM |
| asaucer@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| brice@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| charlotte@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| dmcdowell@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| ericp@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| jlong@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| mccarley@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| ngibson@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| pluff@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| rbuddrus@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| schulte@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| talc@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| rpinto@feldmanpinto.com | FELDMAN & PINTO |
| JLB@ferrarolaw.com | FERRARO LAW FIRM |
| gregory_brown@fleming-law.com | FLEMING, NOLEN & JEZ, LLP |
| karen_beyea-schroeder@fleming-law.com | FLEMING, NOLEN & JEZ, LLP |
| kelsey_stokes@fleming-law.com | FLEMING, NOLEN & JEZ, LLP |
| rand_nolen@fleming-law.com | FLEMING, NOLEN & JEZ, LLP |
| fletch@trammellpc.com | FLETCHER V. TRAMMELL |
| ltracey@traceylawfirm.com | FLETCHER V. TRAMMELL |
| eflint@flintlaw.com | FLINT LAW FIRM LLC |
| johnwillis@foxfarleylaw.com | FOX AND FARLEY |
| dfranco@dranfcolaw.com | FRANCOLAW PLLC |
| diveattorney@icloud.com | FRANKLIN, MOSELE & WALKER, PC |
| riedman@friedmanrubin.com | FRIEDMAN RUBIN, PLLP |
| ullenix@friedmanrubin.com | FRIEDMAN RUBIN, PLLP |
| scott@frostlawfirm.com | FROST LAW FIRM, PC |
| gmeunier@gainsben.com | GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, LLC |
| hgancedo@gancedolaw.com | GANCEDO LAW FIRM, INC |
| bdeskings@garycjohnson.com | GARY C. JOHNSON P.S.C. |
| gary@garycjohnson.com | GARY C. JOHNSON P.S.C. |
| kf@lgkflaw.com | GEORGE & FARINAS, LLP |
| tb@georgeandfarinas.com | GEORGE & FARINAS, LP |
| bill@ghiorsolaw.com | GHIORSO LAW OFFICE |
| iddellw4@gmail.com | GHIORSO LAW OFFICE |
| gam@classlawgroup.com | GIBBS LAW GROUP LLP |
| kbm@classlawgroup.com | GIBBS LAW GROUP LLP |
| sal@classlawgroup.com | GIBBS LAW GROUP LLP |
| agibson@gibsonlawpc.com | GIBSON & ASSOCIATES INC. |
| doug.gibson@gibsonlawpc.com | GIBSON & ASSOCIATES INC. |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| dbigelow@girardikeese.com | GIRARDI & KEESE |
| kgriffin@girardikeese.com | GIRARDI & KEESE |
| mhorn@ghvlaw.com | GITLIN, HORN AND VAN DE KIEFT, LLP |
| locheltree@gpwlaw.com | GOLDBERG, PERSKY & WHITE, PC |
| acallis@ghalaw.com | GOLDENBERG HELLER ANTOGNOLI & ROWLAND |
| tlech@ghalaw.com | GOLDENBERG HELLER ANTOGNOLI & ROWLAND |
| mark@ghalaw.com | GOLDENBERGLAW, PLLC |
| mkjohnson@goldenberglaw.com | GOLDENBERGLAW, PLLC |
| nclauricella@goldenberglaw.com | GOLDENBERGLAW, PLLC |
| aspirt@golombhonik.com | GOLOMB & HONIK, P.C. |
| kgrunfeld@golombhonik.com | GOLOMB & HONIK, P.C. |
| rgolomb@golombhonik.com | GOLOMB & HONIK, P.C. |
| rhonik@golombhonik.com | GOLOMB & HONIK, P.C. |
| sresnick@golombhonik.com | GOLOMB & HONIK, P.C. |
| dmatthews@thematthewslawfirm.com | GORI JULIAN & ASSOCIATES, P.C. |
| bhonnold@gohonlaw.com | GOZA & HONNOLD, LLC |
| kgoza@bflawfirm.com | GOZA & HONNOLD, LLC |
| graham.carner@gmail.com | GRAHAM P. CARNER, PLLC |
| palderson@gelaw.com | GRANT & EISENHOFER P. A. |
| tayla@gelaw.com | GRANT & EISENHOFER P. A. |
| mgreer@greerlawfirm.com | GREER, RUSSELL, DENT & LEATHERS, P.A. |
| ttreck@habush.com | HABUSH HABUSH & ROTTIER SC |
| mhafeli@hsc-law.com | HAFELI STARAN & CHRIST, P. C. |
| jhh@haffnerlawyers.com | HAFFNER LAW PC |
| lp@haffnerlawyers.com | HAFFNER LAW PC |
| jblum@hannonlaw.com | HANNON LAW FIRM, LLC |
| khannon@hannonlaw.com | HANNON LAW FIRM, LLC |
| rkeith@harpergrey.com | HARPER GREY LLP |
| cgraziano@hausfeld.com | HAUSFELD |
| jgotz@hausfeld.com | HAUSFELD |
| srotman@hausfeld.com | HAUSFELD |
| aker@heardlawfirm.com | HEARD LAW FIRM, PLLC |
| christina@heardlawfirm.com | HEARD LAW FIRM, PLLC |
| enman@heardlawfirm.com | HEARD LAW FIRM, PLLC |
| edrick@gmail.com | HEDRICK LAW FIRM |
| dvermont@helmsdalelaw.com | HELMSDALE LAW, LLP |
| yamselem@helmsdalelaw.com | HELMSDALE LAW, LLP |
| eric@reyeslaw.com | HEYGOOD, ORR & PEARSON |
| jchapman@hop-law.com | HEYGOOD, ORR & PEARSON |
| eholland@allfela.com | HOLLAND LAW FIRM |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| david@honiklaw.com | HONIK LLC |
| ruben@honiklaw.com | HONIK LLC |
| shorton@coxinet.net | HORTON LAW FIRM |
| george@hossleyembry.com | HOSSLEY EMBRY LLP |
| jeff@hossleyembry.com | HOSSLEY EMBRY LLP |
| rdassow@hovdelaw.com | HOVDE, DASSOW, & DEETS, LLC |
| harle@huberslack.com | HUBER, SLACK, THOMAS & MARCELLE, LLP |
| tom@hugheslawfirm.com | HUGHES LAW FIRM, PLLC |
| blake.shuart@huttonlaw.com | HUTTON & HUTTON |
| jalanwelchlaw@bellsouth.net | J. ALAN WELCH P. C. |
| davy@jcdelaw.com | JACOBS & CRUMPLAR |
| eann@jcdelaw.com | JACOBS & CRUMPLAR |
| jdm@jomlawifrm.com | JACOBS OHARA MCMULLEN , P.C. |
| pjo@jomlawfirm.com | JACOBS OHARA MCMULLEN , P.C. |
| wes@jvwlaw.net | JAMES, VERNON & WEEKS, PA |
| jamie@johnstonpc.com | JAMIE A. JOHNSTON, P.C. |
| jason@jasonjoylaw.com | JASON J. JOY & ASSCIATES P.L.L.C. |
| mmoreland@becnellaw.com | JIM S. HALL & ASSOCIATES, LLC / BECNEL LAW FIRM, LLC |
| jebrownlaw@sbcglobal.net | JOEL E. BROWN & ASSOCIATES, P.C. |
| strow@bellsouth.net | JOHN B. OSTROW, P.A. |
| jshannon@johnsonbecker.com | JOHNSON BECKER, PLLC |
| mjohnson@johnsonbecker.com | JOHNSON BECKER, PLLC |
| rfiebiger@johnsonbecker.com | JOHNSON BECKER, PLLC |
| shauer@johnsonbecker.com | JOHNSON BECKER, PLLC |
| apantonakis@johnsolawgroup.com | JOHNSON LAW GROUP |
| ezierski@johnsonlawgroup.com | JOHNSON LAW GROUP |
| info@linvillelawgroup.com | JOHNSON LAW GROUP |
| kwestbrook@johnsonlawgroup.com | JOHNSON LAW GROUP |
| rlewis@johnsonlawgroup.com | JOHNSON LAW GROUP |
| jasper@jonesward.com | JONES WARD PLC |
| apangparra@justinianpllc.com | JUSTINIAN & ASSOCIATES PLLC |
| dvasquez@karrtuttle.com | KARR TUTTLE CAMPBELL |
| dbritt@tatelawgroup.com | KARSMAN, MCKENZIE & HART |
| jermy@kmtrial.com | KARSMAN, MCKENZIE & HART |
| epk@karstvonoiste.com | KARST & VON OISTE LLP |
| dclancy@kazanlaw.com | KAZAN, MCCLAIN, SATTERLEY & GREENWOOD |
| jlangdoc@kazanlaw.com | KAZAN, MCCLAIN, SATTERLEY & GREENWOOD |
| jsatterley@kazanlaw.com | KAZAN, MCCLAIN, SATTERLEY & GREENWOOD |
| cglinka@kecheslaw.com | KECHES LAW GROUP, P.C. |
| ssullivan@keefe-lawfirm.com | KEEFE LAW FIRM |
| ejkelley@kelley-ferraro.com | KELLEY & FERRARO, LLP |

## LTL MANAGEMENT LLC
### Plaintiff Attorney Email List

| | |
|---|---|
| jmurphy@kelley-ferraro.com | KELLEY & FERRARO, LLP |
| sacton@kelley-ferraro.com | KELLEY & FERRARO, LLP |
| ccd@kulaw.com | KELLEY/UUSTAL, PLC |
| trf@kulaw.com | KELLEY/UUSTAL, PLC |
| enny@kenny-kenny.com | KENNY & KENNY, PLLC |
| jwagner@kibbeylaw.com | KIBBEY AND WAGNER |
| cleofe@kiesel.law | KIESEL LAW, LLP |
| kiesel@kiesel.law | KIESEL LAW, LLP |
| palmer@kiesel.law.com | KIESEL LAW, LLP |
| ramirez@kiesel.law | KIESEL LAW, LLP |
| zukin@kiesel.law | KIESEL LAW, LLP |
| napp@krattorneys.com | KNAPP & ROBERTS, P.C. |
| fswarr@landryswarr.com | LANDRY & SWARR, L.L.C. |
| ehphillips@ehphillipslaw.com | LAW OFFICE OF EUSI H. PHILLIPS |
| grantamey@grantamey.com | LAW OFFICE OF GRANT D. AMEY, LLC |
| floydmar@bellsouth.net | LAW OFFICE OF MARION D. FLOYD |
| rvinocur@rsv-law.com | LAW OFFICE OF REBECCA S. VINOCUR |
| rrb@rrblawfirm.net | LAW OFFICE OF RICHARD R. BARRETT, PLLC |
| filings@rockywalton.com | LAW OFFICE OF ROGER "ROCKY" WALTON, P.C. |
| sweeneylawfirm@optonline.net | LAW OFFICE OF TERENCE J. SWEENEY |
| bdehkes@charleshjohnsonlaw.com | LAW OFFICES OF CHARLES H. JOHNSON, PA |
| jmencel@charleshjohnsonlaw.com | LAW OFFICES OF CHARLES H. JOHNSON, PA |
| cbagley@farrin.com | LAW OFFICES OF JAMES SCOTT FARRIN |
| jlamkin@jeffreysglassman.com | LAW OFFICES OF JEFFREY S. GLASSMAN, LLC |
| jmiller@lawpga.com | LAW OFFICES OF PETER G. ANGELOS, P.C. |
| nbonadio@lawpga.com | LAW OFFICES OF PETER G. ANGELOS, P.C. |
| tkielty@lawpga.com | LAW OFFICES OF PETER G. ANGELOS, P.C. |
| nlee@nleelaw.com | LEE COSSELL & CROWLEY, LLP |
| lenze@lenzelawyers.com | LENZE KAMERRER MOSS, PLC |
| abraham@abraham-law.com | LENZE LAWYERS, PLC |
| oliva@abraham-law.com | LENZE LAWYERS, PLC |
| cstephenson@levinlaw.com | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERT |
| ctisi@levinlaw.com | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERT |
| einkowitz@lfsblaw.com | LEVIN SEDRAN & BERMAN |
| mark.king@craigswapp.com | LEVIN SIMES ABRAMS LLP |
| mmccormick@levinsimes.com | LEVIN SIMES LLP |
| rabrams@levinsimes.com | LEVIN SIMES LLP |
| scraig@levinsimes.com | LEVIN SIMES LLP |
| JBlock@levylaw.com | LEVY KONIGSBERG LLP |
| mmaimon@levylaw.com | LEVY KONIGSBERG LLP |

## LTL MANAGEMENT LLC
## Plaintiff Attorney Email List

| | |
|---|---|
| rwalker@levylaw.com | LEVY KONIGSBERG LLP |
| ealexander@lchb.com | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| ecabraser@lchb.com | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| hfoster@lchb.com | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| wfleishman@lchb.com | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| aanthony@lockslaw.com | LOCKS LAW FIRM |
| jbarry@lockslaw.com | LOCKS LAW FIRM |
| jjm@lopezmchugh.com | LOPEZ-MCHUGH, LLP |
| kyle@ludwiglawfirm.com | LUDWIG LAW FIRM, PLC |
| llundy@lundylaw.com | LUNDY, LUNDY, SOILEAU & SOUTH, LLP |
| alazar@marlinsaltzman.com | MARLIN & SALTZMAN LLP |
| lbaughman@martinbaughman.com | MARTIN BAUGHMAN, PLLC |
| rwright@martinbaughm | MARTIN BAUGHMAN, PLLC |
| arash@zabetianlaw.com | MARTINIAN & ASSOCIATES, INC. |
| tm@martinianlaw.com | MARTINIAN & ASSOCIATES, INC. |
| jboxer@maternlawgroup.com | MATERN LAW GROUP, PC |
| mmatern@maternlawgroup.com | MATERN LAW GROUP, PC |
| bfrench@mrhfmlaw.com | MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC |
| schalk@maurosavolaw.com | MAURO, SAVO, CAMERINO, GRANT & SCHALK, P.A. |
| chip@mcdermotthickeylaw.com | MCDERMOTT & HICKEY |
| gmcewen@mcewenlaw.com | MCEWEN LAW FIRM, LTD. |
| jfelder@mcgowanhood.com | MCGOWAN, HOOD & FELDER, LLC |
| jward@mcgowanhood.com | MCGOWAN, HOOD & FELDER, LLC |
| rhood@mcgowanhood.com | MCGOWAN, HOOD & FELDER, LLC |
| don@medleylawgroup.com | MEDLEY LAW GROUP |
| alph@ralphmegarge.com | MEGARGEL & ESKRIDGE CO., LPA |
| dchung@merchantlaw.com | MERCHANT LAW GROUP LLP |
| genevieve.zimmerman@zimmreed.com | MESHBESHER & SPENCE, LTD. |
| pjf@meyers-flowers.com | MEYERS & FLOWERS, LLC |
| michael@davidlaw.com | MICHAEL DAVID LAW |
| rvan@barrittsmith.com | MILBERG COLEMAN BRYSON PHILLIPS |
| attorneyservice@gminjurylaw.com | MILBERG COLEMAN BRYSON PHILLIPS, GROSSMAN, LLC |
| dmason@thesandersfirm.com | MILBERG COLEMAN BRYSON PHILLIPS, GROSSMAN, LLC |
| jmoore@gminjurylaw.com | MILBERG COLEMAN BRYSON PHILLIPS, GROSSMAN, LLC |
| mgrossman@thesandersfirm.com | MILBERG COLEMAN BRYSON PHILLIPS, GROSSMAN, LLC |
| pgrossman@gminjurylaw.com | MILBERG COLEMAN BRYSON PHILLIPS, GROSSMAN, LLC |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| rkassan@milberg.com | MILBERG COLEMAN BRYSON PHILLIPS, GROSSMAN, LLC |
| rmosier@thesandersfirm.com | MILBERG COLEMAN BRYSON PHILLIPS, GROSSMAN, LLC |
| pwilliams@doctoratlaw.com | MILLER DELLAFERA PLC |
| knoll@mollawgroup.com | MOLL LAW GROUP |
| ashton@moorelawgroup.com | MOORE LAW GROUP PLLC |
| jennifer@moorelawgroup.com | MOORE LAW GROUP PLLC |
| dsirotkin@morellilaw.com | MORELLI LAW FIRM, PLLC |
| mgoetz@forthepeople.com | MORGAN & MORGAN |
| cbrandt@morrisbart.com | MORRIS BART & ASSOCIATES |
| jenochs@morrisbart.com | MORRIS BART & ASSOCIATES |
| rroot@morrisbart.com | MORRIS BART & ASSOCIATES |
| arford@lawlynch.com | MOTLEY RICE, LLC |
| cscott@motleyrice.com | MOTLEY RICE, LLC |
| dlapinski@motleyrice.com | MOTLEY RICE, LLC |
| dmigliori@motleyrice.com | MOTLEY RICE, LLC |
| jherrick@motleyrice.com | MOTLEY RICE, LLC |
| jhurst@motleyrice.com | MOTLEY RICE, LLC |
| loliver@motleyrice.com | MOTLEY RICE, LLC |
| sfaries@muellerlaw.com | MUELLER LAW PLLC |
| cthomas@murray-lawfirm.com | MURRAY LAW FIRM |
| tim.brown@ggreen.com | MURRAY LAW FIRM |
| clopalo@napolibern.com | NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP |
| pnapoli@napolibern.com | NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP |
| JHeisman@napliLaw.com | NAPOLI SHKOLNIK PLLC |
| afindeis@napolilaw.com | NAPOLI SHKOLNIK, PLLC |
| jenn@jennliakoslaw.com | NAPOLI SHKOLNIK, PLLC |
| liakos@napolilaw.com | NAPOLI SHKOLNIK, PLLC |
| magnetti@napolilaw.com | NAPOLI SHKOLNIK, PLLC |
| ssacks@napolilaw.com | NAPOLI SHKOLNIK, PLLC |
| wseberman@napolilaw.com | NAPOLI SHKOLNIK, PLLC |
| bfranciskato@nashfranciskato.com | NASH & FRANCISKATO LAW FIRM |
| imnass@ncblawfirm.com | NASS CANCELLIERE BRENNER |
| macancelliere@ncblawfirm.com | NASS CANCELLIERE BRENNER |
| marowe@ncblawfirm.com | NASS CANCELLIERE BRENNER |
| rarsenault@nbalawfirm.com | NEBLETT, BEARD & ARSENAULT |
| wgralapp@nbalawfirm.com | NEBLETT, BEARD & ARSENAULT |
| nicole.varisco@lawbbh.com | NICOLE M VARISCO, ESQ |
| msharits@odomfirm.com | ODOM LAW FIRM, PA |
| rwinburn@odomfirm.com | ODOM LAW FIRM, PA |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| sdeskins@oldfather.com | OLDFATHER LAW FIRM |
| corrigan@osclaw.com | OLEARY, SHELTON, CORRIGAN, PETERSON, |
| ashleyr@dempseyandkingsland.com | ONDERLAW, LLC |
| cgarber@rcrlaw.net | ONDERLAW, LLC |
| jblackwell@hornsbywatson.com | ONDERLAW, LLC |
| rados@ondelaw.com | ONDERLAW, LLC |
| rados@ondelaw.comlaw.com | ONDERLAW, LLC |
| rados@ondelaw.comrlaw.com | ONDERLAW, LLC |
| josborne@realtoughlawyers.com | OSBORNE & FRANCIS LAW FIRM PLLC / BABBITT, JOHNSON, OSBORNE & LECLAINCHE |
| rbell@realtoughlawyers.com | OSBORNE & FRANCIS LAW FIRM PLLC / BABBITT, JOHNSON, OSBORNE & LECLAINCHE |
| jpadilla@padillalawgroup.com | PADILLA LAW GROUP |
| jparafinczuk@parawolf.com | PARAFINCZUK WOLF, P.A. |
| gryan@yourlawyer.com | PARKER WAICHMAN, LLP |
| mmuhlstock@yourlawyer.com | PARKER WAICHMAN, LLP |
| mwerner@yourlawyer.com | PARKER WAICHMAN, LLP |
| pmiller@patrickmillerlaw.com | PATRICK MILLER, LLC |
| ashlea@paulmcinnes.com | PAUL LLP |
| becker@paulmcinnes.com | PAUL LLP |
| paul@paulmcinnes.com | PAUL LLP |
| ccoffin@pbclawfirm.com | PENDLEY, BAUDIN & COFFIN, LLP |
| mdaly@pogustmillrood.com | POGUST BRASLOW & MILLROOD, LLC |
| laurelli@portermalouf.com | PORTER & MALOUF, PA |
| patrick@portermalouf.com | PORTER & MALOUF, PA |
| tim@portermalouf.com | PORTER & MALOUF, PA |
| afunk@potts-law.com | POTTS LAW FIRM |
| apotts@potts-law.com | POTTS LAW FIRM |
| wbarfield@potts-law.com | POTTS LAW FIRM |
| drp@pourciaulaw.com | POURCIAU LAW FIRM, LLC |
| joepower@prslaw.com | POWERS ROGERS & SMITH LLP |
| pgore@prattattorneys.com | PRATT & ASSOCIATES |
| epribanic@pribanic.com | PRIBANIC & PRIBANIC, LLC |
| vpribanic@pribanic.com | PRIBANIC & PRIBANIC, LLC |
| cguilbeau@pulf.com | PROVOST UMPHREY LAW FIRM |
| ckirchmer@pulf.com | PROVOST UMPHREY LAW FIRM |
| jaj@m-j.com | PROVOST UMPHREY LAW FIRM |
| servicemort@rahdertlaw.com | RAHDERT & MORTIMER, PLLC |
| mjk@raipher.com | RAIPHER PC |
| rdp@raipher.com | RAIPHER PC |
| tsl@raipher.com | RAIPHER PC |
| tvalet@rapplaw.com | RAPPAPORT, GLASS, LEVINE & ZULLO |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| agp@rgpatorneys.com | REMER & GEORGES-PIERRE, PLLC |
| drheingold@rheingoldlaw.com | RHEINGOLD VALET RHEINGOLD MCCARTNEY & GIUFFRA |
| terry@richardsonthomas.com | RICHARDSON, THOMAS, HALTIWANGER, MOORE & LEWIS |
| will@richardsonthomas.com | RICHARDSON, THOMAS, HALTIWANGER, MOORE & LEWIS |
| wriley@rileycate.com | RILEYCATE, LLC |
| celia@riveralawoffices.com | RIVERA LAW OFFICES, PLLC |
| adenton@robbinsfirm.com | ROBBINS ROSS ALLOY BELINFANTE |
| nmismash@rdebry.com | ROBERT J. DEBRY & ASSOCIATES |
| jdepauw@robinskaplan.com | ROBINS KAPLAN, LLP |
| mmeghjee@robinskaplan.com | ROBINS KAPLAN, LLP |
| kcalcagnie@robinsonfirm.com | ROBINSON, CALCAGNIE, ROBINSON, SHAPIRO, DAVIS, INC |
| jrochon@rochongenova.com | ROCHON GENOVA LLP |
| chezky@rodalaw.com | RODAL LAW, P.A. |
| bmccormick@rossfelle | ROSS FELLER CASEY, LLP |
| bmccormick@rossfellerca.comsey.com | ROSS FELLER CASEY, LLP |
| bmccormick@rossfellercasey.com | ROSS FELLER CASEY, LLP |
| dyoung@rossfellercasey.com | ROSS FELLER CASEY, LLP |
| mhoffman@rossfellerca.comsey.com | ROSS FELLER CASEY, LLP |
| sberger@rossfellercasey.com | ROSS FELLER CASEY, LLP |
| hrosslaw@gmail.com | ROSS LAW OFFICES, P.C. |
| jcohan@smbb.com | SALTZ MONGELUZZI & BENDESKY PC |
| lcohan@smbb.com | SALTZ MONGELUZZI & BENDESKY PC |
| aburkavage@salvilaw.com | SALVI, SCHOSTOK & PRITCHARD P.C. |
| hwickstrom@salvilaw.com | SALVI, SCHOSTOK & PRITCHARD P.C. |
| salvi2@salvilaw.com | SALVI, SCHOSTOK & PRITCHARD P.C. |
| jhaberman@schlesingerlaw.com | SCHLESINGER LAW OFFICES, P.A. |
| silverman@schlesingerlaw.com | SCHLESINGER LAW OFFICES, P.A. |
| dsethi@azinjurylaw.com | SCHMIDT & SETHI, PC |
| jcampbell@azinjurylaw.com | SCHMIDT & SETHI, PC |
| mahrens@smbplaw.com | SCHROEDER MAUNDRELL BARBIERE & POWERS |
| tlocke@seyfarth.com | SEYFARTH SHAW LLP |
| goplerud@sagwlaw.com | SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C. |
| marty@sagwlaw.com | SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C. |
| cfoley@simmonsfirm.com | SIMMONS HANLY CONROY LLC |
| ejohnson@simmonsfirm.com | SIMMONS HANLY CONROY LLC |
| jfoley@simmonsfirm.com | SIMMONS HANLY CONROY LLC |
| jkramer@simmonsfirm.com | SIMMONS HANLY CONROY LLC |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| tmiracle@simmonsfirm.com | SIMMONS HANLY CONROY LLC |
| cpanatier@sgpblaw.com | SIMON GREENSTONE PANATIER, P.C. |
| jbj@sgpblaw.com | SIMON GREENSTONE PANATIER, P.C. |
| adesmond@skikoscrowford.com | SKIKOS, CRAWFORD, SKIKOS & JOSEPH |
| asuarez@skikoscrawfor | SKIKOS, CRAWFORD, SKIKOS & JOSEPH |
| gskikos@skikoscrawford.com | SKIKOS, CRAWFORD, SKIKOS & JOSEPH |
| sskikos@skikoscrawford.com | SKIKOS, CRAWFORD, SKIKOS & JOSEPH |
| jdavis@slackdavis.com | SLACK & DAVIS LLP |
| cmorabito@sgs-law.com | SMITH, GILDEA & SCHMIDT LLC |
| wes@southerland-law.com | SOUTHERLAND LAW FIRM, PLLC |
| marcstanley@mac.com | STANLEY LAW GROUP |
| skitner@stanleylawgroup.com | STANLEY LAW GROUP |
| rrparry@strausstroy.com | STRAUSS TROY CO., LPA |
| csilverman@lawpga.com | SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C. |
| ASullo@sullowlaw.com | SULLO & SULLO, LLP |
| ullo@sullowlaw.com | SULLO & SULLO, LLP |
| aaron@summersandjohnson.com | SUMMERS & JOHNSON, P.C. |
| david@summersandjohnson.com | SUMMERS & JOHNSON, P.C. |
| csutton@sutton-alker.com | SUTTON, ALKER & RATHER, LLC |
| malker@sutton-alker.com | SUTTON, ALKER & RATHER, LLC |
| ben@swmw.com | SWMW LAW, LLC |
| jkennedy@tatflaw.com | TAFT STETTINIUS & HOLLISTER LLP |
| moneil@taftlaw.com | TAFT STETTINIUS & HOLLISTER LLP |
| raddock@icloud.com | TALMADGE BRADDOCK |
| alex@talf.law | THE ALVAREZ LAW FIRM |
| phillip@talf.law | THE ALVAREZ LAW FIRM |
| ccarlson@carlsonattorneys.com | THE CARLSON LAW FIRM |
| izkalla@carlsonattorneys.com | THE CARLSON LAW FIRM |
| lcheek@thecheeklawfirm.com | THE CHEEK LAW FIRM |
| omain@thecheeklawfirm.com | THE CHEEK LAW FIRM |
| alisha@clorelaw.com | THE CLORE LAW GROUP LLC |
| mark@clorelaw.com | THE CLORE LAW GROUP LLC |
| William.Dailey@thedaileyfirm.com | THE DAILEY LAW FIRM |
| tripp@diazlawfirm.com | THE DIAZ LAW FIRM, PLLC |
| bwood@calljed.com | THE DIETRICH LAW FIRM |
| nshernik@calljed.com | THE DIETRICH LAW FIRM |
| joel@dilorenzo-law.com | THE DILORENZO LAW FIRM, LLC |
| mdreesen@dreesenlaw.com | THE DREESEN LAW FIRM, LLC |
| dplymale@dugan-lawfirm.com | THE DUGAN LAW FIRM |
| dscalia@dugan-lawfirm.com | THE DUGAN LAW FIRM |
| jdugan@dugan-lawfirm.com | THE DUGAN LAW FIRM |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| lbordelon@dugan-lawfirm.com | THE DUGAN LAW FIRM |
| mark@dugan-lawfirm.com | THE DUGAN LAW FIRM |
| mekel@dugan-lawfirm.com | THE DUGAN LAW FIRM |
| tdunken@dunkenlaw.com | The Dunken Law Firm |
| lbr@ferraroaw.com | THE FERRARO LAW FIRM, P.A. |
| rjennings@gattilaw.com | The Gatti Law Firm |
| beth@gorijulianlaw.com | THE GORI LAW FIRM |
| sara@gorijulianlaw.com | THE GORI LAW FIRM |
| todd@gorijulianlaw.com | THE GORI LAW FIRM |
| steve@gornylawfirm.com | THE GORNY LAW FIRM, LC |
| i.welk@fuchsberg.com | THE JACOB D. FUCHSBERG LAW FIRM |
| i.wolk@fuchsberg.com | THE JACOB D. FUCHSBERG LAW FIRM |
| lhelvey@helveylaw.com | THE LAW FIRM OF LARRY HELVEY |
| sean@clearypa.com | THE LAW OFFICES OF SEAN M. CLEARY, P.A. |
| mwj@levenstenlawfirm.com | THE LEVENSTEN LAW FIRM, P.C. |
| sdl@levenstenlawfirm.com | THE LEVENSTEN LAW FIRM, P.C. |
| joseph@madalonlaw.com | THE MADALON LAW FIRM |
| michael@mblynchfirm.com | THE MICHAEL BRADY LYNCH FIRM |
| choke@millermiller.com | THE MILLER FIRM, LLC |
| ddickens@themillerfirmllc.com | THE MILLER FIRM, LLC |
| tshah@millerfirmllc.com | THE MILLER FIRM, LLC |
| ados@onderlaw.com | THE ONDER LAW FIRM |
| blair@onderlaw.com | THE ONDER LAW FIRM |
| onder@onderlaw.com | THE ONDER LAW FIRM |
| quillin@onderlaw.com | THE ONDER LAW FIRM |
| rados@onderlaw.com | THE ONDER LAW FIRM |
| fedcourtmail@thepentonlawfirm.com | THE PENTON LAW FIRM |
| kreardon@reardonlaw.com | THE REARDON LAW FIRM, P.C. |
| edward.amos@segal-law.com | THE SEGAL LAW FIRM |
| jason.foster@segal-law.com | THE SEGAL LAW FIRM |
| scott.segal@segal-law.com | THE SEGAL LAW FIRM |
| agunn@simonlawpc.com | THE SIMON LAW FIRM, PC |
| asimon@simonlawpc.com | THE SIMON LAW FIRM, PC |
| baskew@simonlawpc.com | THE SIMON LAW FIRM, PC |
| allen@smith-law.org | THE SMITH LAW FIRM, PLLC |
| llen@smith-law.org | THE SMITH LAW FIRM, PLLC |
| ehw@ericweinberg.com | THE WEINBERG LAW FIRM |
| cmw@whiteheadfirm.com | THE WHITEHEAD LAW FIRM, LLC |
| kate@whiteheadfirm.com | THE WHITEHEAD LAW FIRM, LLC |
| hpinder@wherejusticematters.com | THE WHITTEMORE LAW GROUP, PA |
| david@zevandavidson.com | THE ZEVAN AND DAVIDSON LAW FIRM |

# LTL MANAGEMENT LLC
## Plaintiff Attorney Email List

| | |
|---|---|
| alandry@tenlaw.com | THORNTON LAW FIRM LLP |
| sdavis@torhoermanlaw.com | TORHOERMAN LAW LLC |
| amie@unglesbylaw.com | UNGLESBY LAW FIRM |
| drian@unglesbylaw.com | UNGLESBY LAW FIRM |
| hris@unglesbylaw.com | UNGLESBY LAW FIRM |
| lance@unglesbylaw.com | UNGLESBY LAW FIRM |
| kaf@lanierlawfirm.com | VENTURA LAW |
| Michael.Akselrud@LanierLawFirm.com | VENTURA LAW |
| fred@justiceseekers.com | VICKERY & SHEPHERD, LLP |
| svisram@vg.law | VISRAM-GIRALDO LAW GROUP, LLP |
| wberkover@vogelzang.com | VOGELZANG LAW |
| cschnieders@wcllp.com | WAGSTAFF & CARTMELL, LLP |
| dwatckins@wcllp.com | WAGSTAFF & CARTMELL, LLP |
| merickson@wcllp.com | WAGSTAFF & CARTMELL, LLP |
| tcartmell@wcllp.com | WAGSTAFF & CARTMELL, LLP |
| vgross@wcllp.com | WAGSTAFF & CARTMELL, LLP |
| clarissa@whk-law.com | WALKER, HAMILTON & KOENIG, LLP |
| tim@whk-law.com | WALKER, HAMILTON & KOENIG, LLP |
| slyons@waltontelken.com | WALTON TELKEN FOSTER, LLC |
| stelken@waltontelken.com | WALTON TELKEN FOSTER, LLC |
| jwblack@wardblacklaw.com | WARD BLACK LAW |
| lmaclean@waterskraus.com | WATERS KRAUS PAUL |
| sbage@waterskraus.com | WATERS KRAUS PAUL |
| schester@waterskraus.com | WATERS KRAUS PAUL |
| brian@weinsteincouture.com | WEINSTEIN COURTURE PLLC |
| aeiden@weitzlux.com | WEITZ & LUXENBERG |
| dkraftjr@weitzlux.com | WEITZ & LUXENBERG |
| erelkin@weitzlux.com | WEITZ & LUXENBERG |
| mbratt@weitzlux.com | WEITZ & LUXENBERG |
| mmurtha@weitzlux.com | WEITZ & LUXENBERG |
| jshafer@millerlegalllp.com | WEITZ & LUXENBERG |
| esw@wexlerwallace.com | WEXLER WALLACE LLP |
| charles@whiteandweddle.com | WHITE & WEDDLE, P.C. |
| gwill@willdavidson.ca | WILL DAVIDSON LLP |
| bill@brandtlawoffices.com | WILLIAM D. BRANDT, P.C. |
| cbhutto@williamsattys.com | WILLIAMS & WILLIAMS |
| ctuschman@wdtlaw.org | WILLIAMS DECLARK TUSCHMAN CO., L.P.A |
| kim@wilsonlawpa.com | WILSON LAW PA |
| rschulte@legaldayton.com | WRIGHT & SCHULTE, LLC |
| akelly@wcklaw.com | WYLDER CORWIN KELLY LLP |
| gyearout@yearout.net | YEAROUT & TRAYLOR, P.C. |