# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No. 21-30589 (JCW) |
| Debtor. | |
| | |
| LTL MANAGEMENT LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 21-03032 (JCW) |
| THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000, | |
| Defendants. | |

## NOTICE OF FILING OF DEBTOR'S IDENTIFICATION OF WITNESSES AND EXHIBITS

PLEASE TAKE NOTICE that LTL Management LLC, the debtor in the above-captioned case and the plaintiff in the above-captioned adversary proceeding (the "Debtor"), has filed the following Debtor's Identification of Witnesses and Exhibits, attached hereto as Exhibit A, in support of the *Debtor's Motion for an Order (I) Declaring That the Automatic Stay Applies to Certain Actions Against Non-Debtors or (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing* [Adv. Pro. Dkt. 2].

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

{00357273 v 1 }

Dated: November 3, 2021
Charlotte, North Carolina

Respectfully submitted,

/s/ *John R. Miller, Jr.*
C. Richard Rayburn, Jr. (NC 6357)
John R. Miller, Jr. (NC 28689)
Matthew L. Tomsic (NC 52431)
RAYBURN COOPER & DURHAM, P.A.
227 West Trade Street, Suite 1200
Charlotte, North Carolina 28202
Telephone: (704) 334-0891
Facsimile: (704) 377-1897
E-mail: rrayburn@rcdlaw.net
 jmiller@rcdlaw.net
 mtomsic@rcdlaw.net

Gregory M. Gordon (TX Bar No. 08435300)
Dan B. Prieto (TX Bar No. 24048744)
Mark W. Rasmussen (TX Bar No. 24086291)
Amanda Rush (TX Bar No. 24079422)
JONES DAY
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
E-mail: gmgordon@jonesday.com
 dbprieto@jonesday.com
 mrasmussen@jonesday.com
 asrush@jonesday.com
(Admitted *pro hac vice*)

Brad B. Erens (IL Bar No. 06206864)
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
E-mail: bberens@jonesday.com
(Admitted *pro hac vice*)

James M. Jones (Pa No. 81295)
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3939
Facsimile: (412) 394-7959
jmjones@jonesday.com
(Admitted *pro hac vice*)

PROPOSED ATTORNEYS FOR DEBTOR

# EXHIBIT A

**Debtor's Identification of Witnesses and Exhibits**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC,[1] | : | Case No. 21-30589 (JCW) |
| | : | |
| Debtor. | : | |
| | : | |
| LTL MANAGEMENT LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. No. 21-03032 (JCW) |
| | : | |
| THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000, | : | |
| | : | |
| Defendants. | : | |

## DEBTOR'S IDENTIFICATION OF WITNESSES AND EXHIBITS

LTL Management LLC, the above-captioned debtor and the plaintiff in this action ("LTL" or the "Debtor"), identifies below the witnesses it intends to present via declaration or live testimony and the exhibits it intends to proffer, all in its case in chief, at the hearing on the Debtor's Motion for an Order (I) Declaring That the Automatic Stay Applies to Certain Actions Against Non-Debtors or (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing, which is scheduled to commence on November 4 and 5, 2021.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

The Debtor intends to present these witnesses via declaration or live testimony, all of which Debtor identified in its earlier served witness list:

- John K. Kim, Chief Legal Officer of LTL (Live);
- Susan Schirger-Ward, Senior Legal Records Coordinator for J&J (Declaration);
- Adam Lisman, Vice President and Assistant Corporate Controller for J&J (Declaration);
- Edwin Kuffner, M.D., Chief Medical Officer for Old JJCI (Live); and
- Charles Mullin, Ph.D. of Bates White (Live).

Although the Debtor currently intends to elicit direct testimony in its case in chief from these witnesses, this identification is not itself a proffer of that testimony. The Debtor also reserves the right to call rebuttal witnesses as necessary and appropriate.

The Debtor intends to proffer in its case in chief these exhibits[2]:

| Ex. | Description | Beg. Bates No. |
|---|---|---|
| 1. | 2021 Corporate Restructuring documents, closing binder and all documents therein | LTL 0001058-LTL 0003086 |
| 2. | Agreement for Transfer of Assets and Bill of Sale, dated January 1, 1979, between Johnson & Johnson and Johnson & Johnson Baby Products Company | LTL 000557 |
| 3. | Agreement for Transfer of Assets and Bill of Sale, dated January 1, 1979, between Johnson & Johnson and Johnson & Johnson Baby Products Company | LTL 000565 |
| 4. | Funding Agreement between Johnson & Johnson, Johnson & Johnson Consumer Inc., and LTL Management LLC, dated October 12, 2021 | LTL 0002300 |
| 5. | Merger Support Agreement Johnson & Johnson Consumer Inc., and LTL Management LLC, dated October 12, 2021 | LTL 0002321 |
| 6. | December 12, 1978 Board of Directors Meeting Minutes | LTL 0000021 |
| 7. | LTL Management LLC's Minutes of Board of Managers and Resolutions, dated October 14, 2021 | LTL 0019184 |
| 8. | FRE 1006 Insurance Coverage Evidence Summary | LTL 0023515 |

---

[2] The Debtor's listing of an exhibit does not waive the Debtor's confidentiality designation for any exhibit previously so marked.

| Ex. | Description | Beg. Bates No. |
|---|---|---|
| 9. | Johnson & Johnson Insurance Coverage Chart | LTL 0003087 |
| 10. | Insurance Agreement: Aetna #38 AL 12880 SR(Y)_1-1-1967 to 1-1-1970 | LTL 0000168 |
| 11. | Insurance Agreement: Aetna 38 XN 07 SCA | LTL 0000317 |
| 12. | Insurance Agreement: Home HEC 4764031 | LTL 0000387 |
| 13. | Insurance Agreement: North River JU 0802 | LTL 0000410 |
| 14. | Insurance Agreement: Aetna Primary 38 PK 15 SCA | LTL 0000511 |
| 15. | 1989 Agreement with Safeway for indemnification | LTL 0019160 |
| 16. | 2020 Agreement with HEB for indemnification | LTL 0022538 |
| 17. | FRE 1006 Tender Agreement Evidence Summary | LTL 0023527 |
| 18. | Tender Agreement wherein Johnson & Johnson Consumer Inc. agrees to tender defense and indemnify Safeway for claims by Abbott, Richard, dated May 13, 2019 | LTL 0012853 |
| 19. | Tender Agreement wherein Johnson & Johnson Consumer Inc. agrees to tender defense and indemnify Albertson for claims by Lane, Ardys, dated October 8, 2018 | LTL 0013141 |
| 20. | MDL Second Amended Master Complaint, MDL NO. 16-2738 (D.N.J. Dec. 22, 2020) | LTL 0012521 |
| 21. | *Cadagin, et al v. Johnson & Johnson, et al.*, No. 18-L-572 In the Circuit Court of the Twentieth Judicial Circuit St. Clair County, Illinois,<br>• Jul. 28, 2021 Trial Transcript<br>• Verdict form | LTL 0018560<br>LTL 0018713 |
| 22. | *Anderson et al. v. Borg Warner Corp. et al.*, No. BC666513, in the Superior Court for the State of California, County of Los Angeles (Jun. 27, 2017) | LTL 0017642 |
| 23. | *Barden v. Johnson & Johnson, et al.*, MID-L-1809-17AS, Superior Court of New Jersey, Middlesex County<br>• Feb. 6, 2021 Trial Transcript | LTL 0017692 |
| 24. | *Prudencio v. Johnson & Johnson*, No. RG20061303, in the Superior Court of California, Alameda County<br>• Aug. 13, 2021 Trial Transcript | LTL 0017980 |
| 25. | *Vanklive v. Johnson & Johnson*, No. RC20062734, Superior Court of California, County of Alameda<br>• Oct. 22, 2021 Trial Transcript<br>• Oct. 26, 2021 Trial Transcript | LTL 0018460<br>LTL 0018473 |

| Ex. | Description | Beg. Bates No. |
|---|---|---|
| 26. | *McBride et al. v American International Industries, Inc., et al.*, No. 49D13-2110-MI-034781, Marion County Superior Court for the State of Indiana (Oct. 15, 2021) | LTL 0018439 |
| 27. | *McBrayer, et al.* v. Acme et al., No. 2020-CP10-03946, County of Charleston for the State of South Carolina<br>• October 28, 2021 Trial Transcript | LTL 0021919 |
| 28. | Transcript of July 30, 2019 proceeding in *Hayes v. Colgate Palmolive Co.*, Case No. 16-CI-03503 (Ky. Cir. Ct. Jefferson Jul. 30, 2019), Testimony of Dr. John Hopkins | LTL 0022023 |
| 29. | Settlement Facility Agreement by and among Johnson & Johnson, Johnson & Johnson Consumer Inc., LTL Management LLC, and U.S. Bank National Association, as the Trustee, Funding Agreement Documents | Dkt. 8 – 1, Ex. A |
| 30. | Reliance materials of expert Charles H. Mullin PhD | LTL 0021298-LTL 0021762 |
| 31. | Expert report of Charles H. Mullin PhD | |
| 32. | List of Protected Parties | Adv. Pro. Dkt. 1 -1, Appendix B; Adv. Pro. Dkt. 2-1, Appendix B |
| 33. | Agreement between Cyprus Mines Corporation and Johnson & Johnson, dated Jan. 6, 1989 | LTL 0023277 |
| 34. | Plan and Agreement of Reorganization between Eastern Magnesia Talc Co., Inc., and Johnson & Johnson, dated July 30, 1965. | LTL 0023255 |
| 35. | Acquisition of the assets and Liabilities of Eastern Magnesia Talc Co., Inc. by a Wholly-Owned Subsidiary of Johnson & Johnson, dated July 30, 1965 | LTL 0023253 |
| 36. | Asset Purchase Agreement between Johnson & Johnson Consumer Companies, Inc. and Pharma Teach Industries, Inc., dated Apr. 4, 2005 – Confidential | LTL 0000610 |
| 37. | Manufacturing and Supply Agreement between Johnson & Johnson Consumer Companies, Inc. and Pharma Teach Industries, Inc., dated Aug. 29, 2005 – Confidential | LTL 0000736 |
| 38. | 2008 Amendment to Manufacturing and Supply Agreement between Johnson & Johnson Consumer Companies, Inc. and Pharma Teach Industries, Inc., dated Aug. 29, 2005 – Confidential | LTL 0000811 |
| 39. | 2013 Amendment to Manufacturing and Supply Agreement between Johnson & Johnson Consumer Companies, Inc. and PTI Royston, LLC, dated Aug. 29, 2005 – Confidential | LTL 0000817 |

Case 21-03032-MBK   Doc 61   Filed 11/03/21   Entered 11/03/21 14:15:49   Desc Main
Document      Page 9 of 13

| Ex. | Description | Beg. Bates No. |
|---|---|---|
| 40. | 2017 Amended and Restated Supply Agreement between Johnson & Johnson Consumer Companies, Inc. and PTI Royston, LLC, dated Aug. 29, 2005 – Confidential | LTL 0000842 |
| 41. | Indemnification agreement between Bausch Health Companies (f/k/a Valeant Pharmaceuticals International, Inc.) and Johnson & Johnson Consumer, Inc., dated Sept. 9, 2012 | LTL 0001050 |
| 42. | 2020 Johnson & Johnson Annual Report | LTL 0017485 |
| 43. | Johnson & Johnson Medical Safety Counsel Charter, dated April 19, 2013 | LTL 0021817 |
| 44. | Johnson & Johnson Medical Safety Counsel Charter, dated April 10, 2014 | LTL 0021827 |
| 45. | Johnson & Johnson Medical Safety Counsel Charter, dated July 27, 2015 | LTL 0021838 |
| 46. | Consumer Medical Safety Counsel Operational Charter, dated June 26, 2017 | LTL 0021848 |
| 47. | Consumer Medical Safety Counsel Operational Charter, dated June 28, 2018 | LTL 0021859 |
| 48. | Consumer Medical Safety Counsel Operational Charter, dated March 6, 2019 | LTL 0021870 |
| 49. | Declaration of Susan Schirger-Ward | N/A |
| 50. | Declaration of Adam Lisman | N/A |
| 51. | Letter from A.J. Huetteman to A. Marinaro, dated October 31, 1977 | LTL 0012488 |
| 52. | Johnson & Johnson Baby Products Company Action Authorized by Unanimous Consent of Shareholder, dated July 21, 1981, attaching Agreement for Transfer of Assets and Bill of Sale, dated July 27, 1981, between Johnson & Johnson Baby Products Company and Omni Education Corporation | LTL 0012489 |
| 53. | Certificate of Merger of Personal Products Company into Johnson & Johnson Baby Products Company, dated July 27, 1981 | LTL 0012497 |
| 54. | Agreement for Transfer of Assets and Bill of Sale, dated January 3, 1988, between Johnson & Johnson Baby Products Company (renamed Johnson & Johnson Orthopaedics) and Johnson & Johnson Dental Products (renamed Johnson & Johnson Consumer Products, Inc.) | LTL 0012508 |
| 55. | Johnson & Johnson Consumer Companies, Inc. Certificate of Incorporation, dated July, 1, 1997 | LTL 0012513 |
| 56. | Incorporation of Personal Products, dated October 9, 1970 | LTL 0019433 |
| 57. | Certificate of Merger between McNeil Consumer Products Company and Personal Products Company, dated November 28, 1988 | LTL 0019498 |

| Ex. | Description | Beg. Bates No. |
|---|---|---|
| 58. | Certificate of Merger, dated June 25, 2015, between Neutrogena, LLC, Johnson & Johnson Consumer Companies LLC, Johnson & Johnson Sales and Logistics Company, LLC, and McNEIL-PPC, Inc. | LTL 0019427 |
| 59. | Certificate of Merger between Johnson & Johnson Consumer Companies, LLC and Johnson & Johnson Consumer Companies, Inc., dated June 25, 2015 | LTL 0012706 |
| 60. | Asset Purchase Agreement among Johnson & Johnson Consumer Companies, Inc. and Valeant Pharmaceutics International, Inc., dated September 9, 2012 | LTL 0000954 |
| 61. | Agreement and Plan of Merger dated, dated June 25, 2015, between Neutrogena, LLC, Johnson & Johnson Consumer Companies LLC, Johnson & Johnson Sales and Logistics Company, LLC, and McNEIL-PPC, Inc. | LTL 0012710 |
| 62. | Johnson & Johnson Consumer Inc. Talc 2021 Accounting Entry Sample – Confidential | LTL 0019833 |
| 63. | Talc 2007-2021 Other Income & Expense Details – Confidential | LTL 0019178 |
| 64. | Johnson & Johnson Worldwide Financial Procedures, 330Ba - Legal Fees, last revised March 2005 | LTL 0021763 |
| 65. | Johnson & Johnson 10-K, dated January 2, 1977 | LTL 0023352 |
| 66. | Johnson & Johnson 10-K, dated December 30, 1979 | LTL 0023395 |
| 67. | 1986 Johnson & Johnson Annual Report | LTL 0023445 |
| 68. | Johnson & Johnson 10-K, dated January 1, 1978 | LTL 0019191 |
| 69. | Johnson & Johnson 10-K, dated December 31, 1978 | LTL 0019235 |
| 70. | Excerpt from 1985 Annual Report | LTL 0019296 |
| 71. | Excerpt from 1986 Annual Report | LTL 0019297 |
| 72. | Excerpt from 1989 Annual Report | LTL 0019298 |
| 73. | Agreement between Johnson & Johnson Consumer Companies, Inc. and PTI Royston, LCC regarding Talc Sanitization Project, dated March 15, 2011 | LTL 0019380 |
| 74. | Asset Purchase Agreement between Johnson & Johnson Consumer Companies, Inc. and Valeant Pharmaceuticals International, Inc., dated Sept. 9, 2012 | LTL 0019502 |
| 75. | Disclosure Schedule to Asset Purchase Agreement between Johnson & Johnson Consumer Companies, Inc. and Valeant Pharmaceuticals International, Inc., dated Sept. 9, 2012 | LTL 0019598 |
| 76. | Executive Committee Actions, Dated July 18 to September 11, 1986 | LTL 0019687 |
| 77. | Figure 1 from the Expert Report of Dr. Charles Mullin of October 29, 2021 | |
| 78. | Figure 2 from the Expert Report of Dr. Charles Mullin of October 29, 2021 | |

| Ex. | Description | Beg. Bates No. |
|---|---|---|
| 79. | Figure 3 from the Expert Report of Dr. Charles Mullin of October 29, 2021 | |
| 80. | Trial outcome chart | LTL 0023514 |
| 81. | Johnson & Johnson Medical Safety Standard | LTL 0023609 |

Although the Debtor currently intends to proffer these exhibits in its case in chief, this identification is not itself a proffer. The Debtor reserves the right to identify and admit these or additional exhibits in rebuttal as necessary and appropriate. The Debtor reserves the right to use or admit exhibits identified by any other Party. The Debtor also may use demonstratives during its hearing presentation.

Dated: November 3, 2021
      Charlotte, North Carolina

Respectfully submitted,

*/s/ John R. Miller, Jr.*
C. Richard Rayburn, Jr. (NC 6357)
John R. Miller, Jr. (NC 28689)
Matthew L. Tomsic (NC 52431)
RAYBURN COOPER & DURHAM, P.A.
227 West Trade Street, Suite 1200
Charlotte, North Carolina 28202
Telephone: (704) 334-0891
Facsimile: (704) 377-1897
E-mail: rrayburn@rcdlaw.net
       jmiller@rcdlaw.net
       mtomsic@rcdlaw.net

Gregory M. Gordon (TX Bar No. 08435300)
Dan B. Prieto (TX Bar No. 24048744)
Amanda Rush (TX Bar No. 24079422)
Mark W. Rasmussen (TX Bar No. 24086291)
JONES DAY
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
E-mail: gmgordon@jonesday.com
     dbprieto@jonesday.com
     asrush@jonesday.com
     mwrasmussen@jonesday.com
(Admitted *pro hac vice*)

Brad B. Erens (IL Bar No. 06206864)
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
E-mail: bberens@jonesday.com
(Admitted *pro hac vice*)

James M. Jones (PA No. 81295)
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3939
Facsimile: (412) 394-7959
jmjones@jonesday.com
(Admitted *pro hac vice*)

PROPOSED ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 3, 2021, I served the foregoing document via email on counsel of record.

/s/ Mark W. Rasmussen