

FILED & JUDGMENT ENTERED
Steven T. Salata

November  12  2021

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| **LTL Management, LLC** | ) | |
| | ) | Case No. 21-30589 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| **LTL Management, LLC** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Adv. Proc. No. 21-3032 |
| | ) | |
| **Those Parties Listed on Appendix A to** | ) | |
| **Complaint and** | ) | |
| **John and Jane Does 1-1000** | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

### ORDER GRANTING MOTION OF THE PLAINTIFFS' STEERING COMMITTEE TO EXTEND DEADLINE TO RESPOND TO OR ANSWER COMPLAINT

This matter is before the Court on the request by the Plaintiffs' Steering Committee (the

"PSC") in the *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and*

*Products Liability Multi-District Litigation* (MDL No. 2738) before the United States District

Court for the District of New Jersey, MDL No. 16-2738 (FLW) (LHG) for entry of an order

permitting an additional thirty days for the MDL Plaintiffs (as defined in the PSC's Motion) to

respond to or answer the Complaint [Doc. 1] filed in the above captioned adversary proceeding.

The PSC has set forth good cause to grant the relief requested.  Pursuant to Local Rule 9013-

1(f)(3), the deadline for the MDL Plaintiffs to respond to or answer the Complaint is extended to

and including December 21, 2021.

**SO ORDERED**

| *This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order.* | *United States Bankruptcy Court* |
|---|---|