UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.:

Adv. No.:

Hearing Date:

Judge:

Order Filed on November 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**STIPULATION AND AGREED ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF TALC CLAIMANTS TO INTERVENE IN PRELIMINARY INJUNCTION ADVERSARY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 24, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Matthew I.W. Baker, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>mbaker@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Proposed Local Counsel to the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael Winograd, Esq.<br>Jeffrey L. Jonas, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>jjonas@brownrudnick.com<br>Seven Times Square<br>New York, NY  10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Sunni P. Beville, Esq.<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA  02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| **BAILEY GLASSER LLP**<br>Brian A. Glasser, Esq.<br>Thomas B. Bennett, Esq.<br>bglasser@baileyglasser.com<br>tbennett@baileyglasser.com<br>105 Thomas Jefferson St. NW, Suite 540<br>Washington, DC  20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* | **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY  10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |

| | |
|---|---|
| **PARKINS LEE & RUBIO LLP**<br>Leonard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinslee.com<br>crubio@parkinslee.com<br>Pennzoil Place<br>700 Milan St., Suite 1300<br>Houston, TX  77002<br>Tel: (713) 715-1666<br>*Proposed Special Counsel to the Official Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>jmassey@masseygail.com<br>100 Main Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Proposed Special Counsel for the Official Committee of Talc Claimants* |

| | |
|---|---|
| In Re:<br><br>**LTL MANAGEMENT, LLC,**<br><br>                                       Debtor. | Chapter 11<br><br>Case No.:  21-30589(MBK)<br><br>Honorable Michael B. Kaplan |
| **LTL MANAGEMENT, LLC,**<br><br>                                       Plaintiff,<br>vs.<br><br>**THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,**<br><br>                                       Defendants. | Adv. Pro. No.: 21-03032 (MBK) |

**STIPULATION AND AGREED ORDER AUTHORIZING
THE OFFICIAL COMMITTEE OF TALC CLAIMANTS TO
<u>INTERVENE IN PRELIMINARY INJUNCTION ADVERSARY PROCEEDING</u>**

   The relief set forth on the following pages is hereby **ORDERED**.

**WHEREAS**, the above-captioned bankruptcy case (the "Chapter 11 Case") was filed in the United States Bankruptcy Court for the Western District of North Carolina (the "WDNC Bankruptcy Court") on October 14, 2021 (the "Petition Date") [Case No.: 21-30589; D.I. 1]; and

**WHEREAS,** on October 21, 2021, the above-captioned debtor (the "Debtor") commenced this Adversary Proceeding by filing a complaint (the "Complaint") seeking (i) a declaratory judgment that the automatic stay applies to the assertion and prosecution of talc claims against the Debtor, its parent and non-debtor affiliates, identified retailers, insurance companies, and certain others parties and (ii) a preliminary injunction and temporary restraining order enjoining such actions; and

**WHEREAS**, on November 8, 2021, the WDNC Bankruptcy Court entered an order appointing the Official Committee of Talc Claimants (the "Committee") pursuant to Section 1102(a)(1) of the Bankruptcy Code, upon the motion of the United States Bankruptcy Administrator for the Western District of North Carolina (the "Bankruptcy Administrator"). *See Order Appointing the Official Committee of Talc Claimants* [Case No.: 21-30589; D.I. 355]; and

**WHEREAS**, on November 15, 2021, the WDNC Bankruptcy Court entered an *Order Granting the Debtor's Request for Preliminary Injunctive Relief* [D.I. 102] in the Adversary Proceeding; and

**WHEREAS**, on November 16, 2021, the WDNC Bankruptcy Court entered an order transferring the Chapter 11 Case, including this Adversary Proceeding, to the District of New Jersey [Case No.: 21-30589; D.I. 416]; and it is

**NOW**, **THEREFORE**, stipulated and agreed by and between the Debtor and the Committee and **ORDERED** as follows:

1. The foregoing recitals are incorporated by reference and made a part hereof.

2. The Committee is authorized to intervene and shall be deemed to so intervene in this Adversary Proceeding pursuant to Federal Rule of Civil Procedure 24 and Bankruptcy Rule 7024 as of the entry of this Order.

3. This Court shall retain jurisdiction over all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

[*Signatures on following page.*]

*The Debtor and the Committee agree and consent to the foregoing stipulation.*

By: */s/ Daniel M. Stolz*
**GENOVA BURNS, LLC**
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 533-0777
Facsimile: (973) 467-8126
Email: dstolz@genovaburns.com
Email: dclarke@genovaburns.com

- and -

**BROWN RUDNICK LLP**
David J. Molton, Esq.
Robert J. Stark, Esq. (*pro hac vice* pending)
Jeffrey L. Jonas, Esq. (*pro hac vice* pending)
Michael Winograd, Esq. (*pro hac vice* pending)
Kenneth Aulet, Esq. (*pro hac vice* pending)
Andrew M. Carty, Esq. (*pro hac vice* pending)
Gerard T. Cicero, Esq.
Susan Sieger-Grimm, Esq. (*pro hac vice* pending)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
       rstark@brownrudnick.com
       jjonas@brownrudnick.com
       mwinograd@brownrudnick.com
       kaulet@brownrudnick.com
       acarty@brownrudnick.com
       gcicero@brownrudnick.com
       ssieger-grimm@brownrudnick.com

- and -

By: */s/ Paul R. DeFilippo*
**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admissions *pro hac vice* pending)

*PROPOSED ATTORNEYS FOR DEBTOR*

Sunni P. Beville (*pro hac vice* pending)
Sharon I. Dwoskin (*pro hac vice* pending)
One Financial Center
Boston, MA 02111
Telephone: 617-856-8200
Facsimile: 617-856-8201
Email: sbeville@brownrudnick.com
       sdwoskin@brownrudnick.com

*Proposed Counsel to the Official Committee
of Tort Claimants of LTL Management, LLC*