**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GENOVA BURNS LLC**<br>Angelo J. Genova, Esq.<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Matthew I.W. Baker, Esq.<br>agenova@genovaburns.com<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>mbaker@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Proposed Local Counsel to the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael Winograd, Esq.<br>Jeffrey L. Jonas, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>jjonas@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Sunni P. Beville, Esq.<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| **BAILEY GLASSER LLP**<br>Brian A. Glasser, Esq.<br>Thomas B. Bennett, Esq.<br>bglasser@baileyglasser.com<br>tbennett@baileyglasser.com<br>105 Thomas Jefferson St. NW, Suite 540<br>Washington, DC 20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* | **OTTERBOURG P.C.**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |

| | |
|---|---|
| **PARKINS LEE & RUBIO LLP**<br>Leonard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinslee.com<br>crubio@parkinslee.com<br>Pennzoil Place<br>700 Milan St., Suite 1300<br>Houston, TX  77002<br>Tel: (713) 715-1666<br>*Proposed Special Counsel to the Official Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>jmassey@masseygail.com<br>100 Main Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Proposed Special Counsel for the Official Committee of Talc Claimants* |
| In re:<br><br>**LTL MANAGEMENT, LLC,**<br><br>                              Debtor. | Chapter 11<br><br>Case No.: 21-30589(MBK)<br><br>Honorable Michael B. Kaplan |
| **LTL MANAGEMENT LLC,**<br><br>                              Plaintiff,<br><br>   v.<br><br>**THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT** and **JOHN AND JANE DOES 1-1000**,<br><br>                              Defendants. | Adv. Pro. No. 21-03032 (MBK) |

**NOTICE OF MOTION OF THE OFFICIAL COMMITTEE OF TALC CLAIMANTS'
MOTION FOR WITHDRAWAL OF THE REFERENCE
<u>OF ADVERSARY PROCEEDING NO. 21-03032 (MBK)</u>**

TO: All Parties-in-Interest

**PLEASE TAKE NOTICE** that the Official Committee of Talc Claimants (the "Committee") appointed in the above-referenced chapter 11 case (the "Case"), and party to the above referenced adversary proceeding, Adv. Pro. No. 21-03032 (MBK) (the "Adversary Proceeding") by virtue of the so ordered stipulation entered November 24, 2021 [Adv. Pro. Dkt. No. 109], by and through their proposed undersigned counsel, hereby respectfully moves the United States District Court for the District of New Jersey (the "Court") for entry of an order withdrawing the Adversary Proceeding to the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), pursuant to 28 U.S.C. § 157(d), Fed. R. Bankr. P. 5011, and D.N.J. LBR 5011-1 (the "Motion"); and

**PLEASE TAKE FURTHER NOTICE** that the Motion is being filed pursuant to D.N.J. LBR 5011-1, which provides that "[a] motion for withdrawal of the reference . . . shall be filed in the bankruptcy court," but that "[a]ll such motions are then to be immediately transmitted to the district court"; and

**PLEASE TAKE FURTHER NOTICE** that the Motion will be returnable before the Court on December 20, 2021; and

**PLEASE TAKE FURTHER NOTICE** that the Committee hereby requests oral argument if the Motion is opposed.

Respectfully submitted,

Dated: November 24, 2021

By: */s/ Daniel M. Stolz*

Angelo J. Genova, Esq.
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
Matthew I.W. Baker, Esq.
**GENOVA BURNS LLC**
110 Allen Road
Suite 304
Basking Ridge, NJ 07920
Tel: 973-467-2700
Fax: 973-467-8126
Email:   agenova@genovaburns.com
dstolz@genovaburns.com
dclarke@genovaburns.com
mbaker@genovaburns.com

*Proposed Co-Counsel for the Official Committee of Talc Claimants*