WOLLMUTH MAHER & DEUTSCH LLP
James N. Lawlor, Esq.
500 Fifth Avenue, 12th Floor
New York, New York 10110
-and-
90 Washington Valley Road
Bedminster, NJ 07921
Tel: (212) 382-3300
Fax: (212) 382-0050
Email: jlawlor@wmd-law.com

*Proposed Co-Counsel for LTL Management LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>               Debtor. | Case No.:  21-30589 (MBK)<br><br>Chapter 11<br><br>Honorable Michael B. Kaplan |
| LTL MANAGEMENT LLC,<br><br>         Plaintiff,<br>v.<br><br>THOSE PARTIES LISTED ON<br>APPENDIX A TO COMPLAINT and<br>JOHN AND JANE DOES 1-1000,<br><br>         Defendants. | Adv. Proc. No. 21-03032 (MBK) |

<u>**NOTICE OF APPEARANCE IN ADVERSARY PROCEEDING**</u>

**PLEASE TAKE NOTICE** that pursuant to section 1109 of title 11 of the United States

Code, 11 U.S.C. § 101 *et seq.*, and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of

Bankruptcy Procedure, LTL Management LLC, Plaintiff in the above referenced adversary

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

proceeding, appears through its proposed co-counsel, Wollmuth Maher & Deutsch LLP, and

requests service of all notices and documents herein upon:

James N. Lawlor, Esq.
Wollmuth Maher & Deutsch, LLP
500 Fifth Avenue, 12th Floor
New York, New York 10110
(212) 382-3300
jlawlor@wmd-law.com

Counsel also requests that all ECF/electronic notices be sent to jlawlor@wmd-law.com.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for service includes

all pleadings of any kind, including, without limitation, all notices, applications, motions,

complaints, and orders, whether written or oral, formal or informal, however transmitted or

conveyed, related in any way to the above-captioned Debtor, its property, or its estate.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance in*

*Adversary Proceeding* (the "Notice") nor any later appearance, pleading, proof of claim, claim,

or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered

only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding

triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right

to have the District Court withdraw the reference in any matter subject to mandatory or

discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any

purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other

rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity under

any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are

expressly reserved.

Dated:  November 29, 2021
        New York, New York

                              Respectfully submitted,

                              WOLLMUTH MAHER & DEUTSCH LLP

                              By: */s/ James N. Lawlor*
                              James N. Lawlor

                              500 Fifth Avenue, 12th Floor
                              New York, New York 10110
                              -and-
                              90 Washington Valley Road
                              Bedminster, NJ 07921
                              Tel: (212) 382-3300
                              Fax: (212) 382-0050
                              Email: jlawlor@wmd-law.com

                              *Proposed Co-Counsel for LTL Management LLC*