UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Janet A. Shapiro, Esq.
The Shapiro Law Firm
325 N. Maple Drive, #15186
Beverly Hills, CA 90209

*Counsel to Employers Insurance Company of Wausau and National Casualty Company*

| | |
|---|---|
| In Re:<br><br>LTL Management, LLC,<br><br>     Debtor. | Case No.:  21-30589 (MBK)<br><br>Chapter:  11<br><br>Judge:  Michael B. Kaplan |
| LTL MANAGEMENT LLC,<br>    Plaintiff,<br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br>    Defendants. | Adv. Proc. No. 21-03032 (MBK) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that The Shapiro Law Firm is appearing for Employers Insurance Company of Wausau and National Casualty Company.

Pursuant to § 1109(b) of Title 11 of the United States Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Ms. Shapiro requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon her that she be added to the mailing matrix on file with the Clerk of the Bankruptcy

1

Court as follows:

> Janet A. Shapiro
> The Shapiro Law Firm
> 325 N. Maple Drive, #15186
> Beverly Hills, CA 90209

Please take notice that neither this Notice of Appearance and Request for Notices, nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (1) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) the right to trial by jury in any proceeding related to this case or any related case or controversy; (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice; (5) an election of remedy; or (6) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or equity, under any agreements, all of which are expressly reserved.

Date: <u>December 7, 2021</u>          <u>*/s/ Janet A. Shapiro*</u>
                                        Signature