| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>Laura Davis Jones<br>Karen B. Dine<br>Colin R. Robinson<br>Peter J. Keane<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>      kdine@pszjlaw.com<br>      crobinson@pszjlaw.com<br>      pkeane@pszjlaw.com<br><br>*Counsel to Arnold & Itkin LLP* | |
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 21-30589 (MBK) |
| LTL Management LLC,<br><br>                Plaintiff,<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT AND JOHN AND JANE DOES 1-1000,<br><br>                Defendants. | Adv. Pro. No. 21-03032 (MBK) |

**NOTICE OF APPEARANCE AND REQUEST
<u>FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002</u>**

DOCS_DE:237293.1 05471/002

**PLEASE TAKE NOTICE** that the law firm of Arnold & Itkin LLP ("Arnold & Itkin"), on behalf of certain personal injury claimants represented by Arnold & Itkin (the "Arnold & Itkin Plaintiffs"), hereby appears by its counsel Pachulski Stang Ziehl & Jones LLP ("PSZJ") in the above-referenced adversary proceeding.  PSZJ hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service list in this case. PSZJ requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this adversary proceeding and copies of all papers served or required to be served in this adversary proceeding, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein, be given and served upon the Arnold & Itkin Plaintiffs through service upon PSZJ at the addresses, telephone, and facsimile numbers set forth below:

> **PACHULSKI STANG ZIEHL & JONES LLP**
> Laura Davis Jones
> Karen B. Dine
> Colin R. Robinson
> Peter J. Keane
> 919 N. Market Street, 17th Floor
> Wilmington, DE 19801
> Telephone: (302) 652-4100
> Facsimile: (302) 652-4400
> Email: ljones@pszjlaw.com
>       kdine@pszjlaw.com
>       crobinson@pszjlaw.com
>       pkeane@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of the Arnold & Itkin Plaintiffs, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Arnold & Itkin Plaintiffs may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: December 7, 2021 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | By: */s/ Colin R. Robinson* |
| | Laura Davis Jones |
| | Karen B. Dine |
| | Colin R. Robinson |
| | Peter J. Keane |
| | 919 N. Market Street, 17th Floor |
| | Wilmington, DE 19801 |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | kdine@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | pkeane@pszjlaw.com |
| | |
| | *Counsel for Arnold & Itkin LLP* |