UNITED STATES BANKRUPTCY COURT
District of New Jersey Trenton

| | |
|---|---|
| In re:<br><br>LTL Management LLC,<br><br>        Debtor. | Case No.: 21-30589<br>Chapter: 11 |
| In re:<br><br>LTL Management LLC,<br>        Plaintiff,<br> v.<br>Parties Listed on Appendix A to the Complaint, and John and Jane Does 1 - 1000,<br>        Defendants. | Adv. Pro. No.: Case No.: 21-03032 |

**CERTIFICATE OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on March 7, 2022, as directed by Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., Local Counsel to the Official Committee of Talc Claimants II, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit via e-notice at the email addresses thereon indicated:

| |
|---|
| Notice of Appeal - (Adv. Pro. D.I. 187) |
| Motion for Certification of Direct Appeal |

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.
March 8, 2022

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**E-NOTICE SERVICE LIST MARCH 7, 2022**

| Party | Counsel |
|---|---|
| Official Committee of Talc Claimants II | **COOLEY LLP**<br>Cullen D. Speckhart<br>Ian Shapiro<br>Russell Capone<br>Michael Klein<br>55 Hudson Yards<br>New York, NY 10001<br>Tel: (212) 479-6000<br>Fax: (212) 479-6275<br>Email: cspeckhart@cooley.com<br>ishapiro@cooley.com<br>rcapone@cooley.com<br>mklein@cooley.com<br><br>**BAILEY GLASSER LLP**<br>Brian A. Glasser<br>Thomas B. Bennett<br>Kevin W. Barrett<br>Maggie B. Burrus<br>1055 Thomas Jefferson St. NW, Suite 540<br>Washington, DC 20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103<br>Email: bglasser@baileyglasser.com<br>tbennett@baileyglasser.com<br>kbarrett@baileyglasser.com<br>mburrus@baileyglasser.com<br><br>**MASSEY & GAIL LLP**<br>Jonathan S. Massey<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>Email: jmassey@masseygail.com<br><br>**WALDREP WALL BABCOCK & BAILEY PLLC**<br>Thomas W. Waldrep, Jr.<br>Kevin L. Sink<br>James C. Lanik<br>Jennifer B. Lyday<br>370 Knollwood Street, Suite 600<br>Winston-Salem, NC 27103 |

| | |
|---|---|
| | Tel: (336) 717-1280<br>Fax: (336) 717-1340<br>Email: notice@waldrepwall.com<br><br>**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**<br>Arthur J. Abramowitz<br>Alan I. Moldoff<br>Ross J. Switkes<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>Tel: (856) 662-0700<br>Email: aabramowitz@shermansilverstein.com<br>         amoldoff@shermansilverstein.com<br>         rswitkes@shermansilverstein.com |
| Patricia Cook | **WEITZ & LUXENBERG, P.C.**<br>Perry Weitz<br>Lisa Nathanson Busch<br>Justine Delaney<br>700 Broadway<br>New York, NY 10083<br>Tel: (212) 558-5500<br>Email: lbusch@weitzlux.com<br>         pw@weitzlux.com<br>         jdelaney@weitzlux.com |
| Evan Plotkin | **LEX NOVA LAW, LLC**<br>E. Richard Dressel<br>10 E. Stow Rd., Suite 250<br>Marlton, NJ 08053<br>Tel. (856) 382-8550<br>Email: rdressel@lexnovalaw.com<br><br>**DEAN OMAR BRANHAM SHIRLEY, LLP**<br>Trey Branham<br>302 N. Market Street, Suite 300<br>Dallas, TX 75202<br>Tel: (214) 722-5990<br>Email: tbranham@dobslegal.com |
| Randy Derouen | **LEVY KONIGSBERG LLP**<br>Moshe Maimon<br>Jerome H. Block<br>Audrey Perlman Raphael<br>605 Third Avenue, 33rd Floor<br>New York, NY 10158 |

| | |
|---|---|
| | Tel: (212) 605-6200<br>Email: MMaimon@levylaw.com<br>JBlock@levylaw.com<br>ARaphael@levylaw.com |
| Kristie Doyle, as estate representative of Dan Doyle | **SAIBER LLC**<br>Marc E. Wolin<br>John M. August<br>18 Columbia Turnpike, Suite 200<br>Florham Park, NJ 07932<br>Tel: (973) 622-8401<br>Email: mwolin@saiber.com<br>jaugust@saiber.com<br><br>**KAZAN, McCLAIN, SATTERLEY & GREENWOOD**<br>A Professional Law Corporation<br>Steven Kazan, Esq.<br>Joseph D. Satterley, Esq.<br>Denyse F. Clancy, Esq.<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, California 94607<br>Tel: (510) 302-1000<br>Email: skazan@kazanlaw.com<br>JSatterley@kazanlaw.com<br>DClancy@kazanlaw.com |
| Katherine Tollefson | **MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC**<br>Suzanne M. Ratcliffe<br>150 West 30th Street, Suite 201<br>New York, NY 10001<br>Tel: (800) 358-5922<br>Email: sratcliffe@mrhfmlaw.com<br><br>Neil J. Maune<br>Marcus E. Raichle Jr.<br>Christopher McKean<br>Clayton L. Thompson<br>1015 Locust Street<br>St. Louis, MO 63191<br>Tel: (800) 358-5922<br>Email: nmaune@mrhfmlaw.com<br>mraichle@mrhfmlaw.com<br>cmckean@mrhfmlaw.com<br>cthompson@mrhfmlaw.com |

| | |
|---|---|
| Tonya Whetsel, as estate representative of Brandon Whetsel | **KARST & von OISTE, LLP**<br>David A. Chandler<br>505 Main Street<br>Port Jefferson, NY 11777<br>Tel: (855) 970-9988<br>Email: dac@karstvonoiste.com |
| LTL Management, LLC | **WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel: (212) 382-3300<br>Fax: (212) 382-0050<br>Email  de ili o    md-la   com<br><br>**JONES DAY**<br>Gregory M. Gordon<br>Brad B. Erens<br>Dan B. Prieto<br>Amanda Rush<br>2727 N. Harwood Street<br>Dallas, TX 75201<br>Tel: (214) 220-3939<br>Fax: (214) 969-5100<br>Email: gmgordon@jonesday.com<br>         bberens@jonesday.com<br>         dbprieto@jonesday.com<br>         arush@jonesday.com |
| Official Committee of Talc Claimants I | **GENOVA BURNS LLC**<br>Daniel M. Stolz<br>Donald W. Clarke<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>Email: dstolz@genovaburns.com<br>         dclarke@genovaburns.com<br><br>**BROWN RUDNICK LLP**<br>David J. Molton<br>Robert J. Stark<br>Michael S. Winograd<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801 |

|  |  |
|---|---|
|  | Email: dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br><br>Jeffrey L. Jonas<br>Sunni P. Beville<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>Email: jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br><br>**OTTERBOURG PC**<br>Melanie L. Cyganowski<br>Adam C. Silverstein<br>Jennifer S. Feeney<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>Email: mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br><br>**PARKINS LEE & RUBIO LLP**<br>Pennzoil Place<br>700 Milan Street, Suite 1300<br>Houston, TX 77002<br>Tel: (713) 715-1666<br>Email: lparkins@parkinslee.com<br>crubio@parkinslee.com |
| Aylstock, Witkin, Kreis & Overholtz, PLLC | **OFFIT KURMAN, P.A.**<br>Paul J. Winterhalter<br>99 Wood Avenue South, Suite 302<br>Iselin, New Jersey 08830<br>Tel: (267) 338-1370<br>Fax: (267) 338-1335<br>Email: pwinterhalter@offitkurman.com<br><br>**KTBS LAW LLP**<br>Michael L. Tuchin<br>Robert J. Pfister<br>Samuel M. Kidder<br>Nir Maoz<br>1801 Century Park East, 26th Floor<br>Los Angeles, California 90067 |

| | |
|---|---|
| | Tel: (310) 407-4000<br>Fax: (310) 407-9090<br>Email: mtuchin@ktbslaw.com<br>       rpfister@ktbslaw.com<br>       skidder@ktbslaw.com<br>       nmaoz@ktbslaw.com |
| Atlanta International Insurance Company (as successor in interest to Drake Insurance Company); AIG Property Casualty Company (f/k/a Birmingham Fire Insurance Company of Pennsylvania); AIG Europe S.A. (as successor in interest to Union Atlantique d'Assurances S.A); AIU Insurance Company; ASR Schadeverzekering N.V. (as successor in interest to Assurantiekoor Van Wijk & Co.); Granite State Insurance Company; The Insurance Company of the State of Pennsylvania; Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, Pa.; New Hampshire Insurance Company; The North River Insurance Company; Starr Indemnity & Liability Company (as successor in interest to Republic Insurance Company); N.V. Schadeverzekeringsmaatschappij Maas Lloyd (individually and as successor in interest to policies subscribed in favor of Johnson & Johnson by N.V. Rotterdamse Assurantiekas, n/k/a De Ark); and Rheinland Versicherungen (as successor in interest only to the subscriptions of the former Dutch company Rheinland Verzekeringen) | **TRIF & MODUGNO, LLC**<br>Louis Modugno<br>89 Headquarters Plaza, Suite 1201<br>Morristown, New Jersey 07960<br>Tel: (973) 547-3611<br>Fax: (973) 554-1220<br>Email: lmodugno@tm-firm.com<br><br>**KATTEN MUCHIN ROSENMAN LLP**<br>Shaya Rochester<br>Katherine Scherling<br>575 Madison Avenue<br>New York, NY 10022<br>Tel: (212) 940-8800<br>Fax: (212) 940-8776<br>Email: shaya.rochester@katten.com<br>       katherine.scherling@katten.com<br><br>**MENDES & MOUNT LLP**<br>Eileen McCabe<br>Stephen Roberts<br>750 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 261-8000<br>Fax: (212) 261-8750<br>Email: eileen.mccabe@mendes.com<br>       stephen.roberts@mendes.com |
| John R. Miller, Jr., Esq.<br>C. Richard Rayburn, Jr., Esq.<br>Matthew L. Tomsic, Esq.<br>RAYBURN COOPER & DURHAM, P.A.<br>227 West Trade Street, Suite 1200<br>Charlotte, North Carolina 28202<br>Telephone: 704-334-0891<br>Facsimile: 704-377-1897<br>E-mail: rrayburn@rcdlaw.net<br>Email: jmiller@rcdlaw.net<br>Email: mtomsic@rcdlaw.net | John Bourgiamas, Esq.<br>Michael R. Maizel, Esq.<br>Otterbourg P.C.<br>230 Park Avenue<br>New York, New York 10169<br>Email: jbougiamas@otterbourg.com<br>Email: mmaizel@otterbourg.com |
| | |

| | |
|---|---|
| Susan Sieger-Grimm, Esq.<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Fax: (212) 209-4801<br>Email: ssieger-grimm@brownrudnick.com | Janet A. Shapiro, Esq.<br>The Shapiro Law Firm<br>325 N. Maple Drive, #15186<br>Beverly Hills, CA 90209<br>Phone: 323-852-0333<br>Email: jshapiro@shapirolawfirm.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones, Esq.<br>Karen B. Dine, Esq.<br>Colin R. Robinson, Esq.<br>Peter J. Keane, Esq.<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>T: (302) 652-4100<br>F: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>      kdine@pszjlaw.com<br>      crobinson@pszjlaw.com<br>      pkeane@pszjlaw.com | Stephen V. Gimigliano, Esq.<br>John Maloney, Esq.<br>Robin Rabinowitz, Esq.<br>GIMIGLIANO MAURIELLO & MALONEY<br>163 Madison Avenue, Suite 500<br>P.O. Box 1449<br>Morristown, New Jersey 07962-1449<br>T: (973) 946-8360<br>F: (973) 946-8252<br>Email: sgimigliano@lawgmm.com<br>      jmaloney@lawgmm.com<br>      rrabinowitz@lawgmm.com |
| Andrew T. Frankel, Esq.<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>T: (212) 455-2000<br>F: (212) 455-2502<br>Email:  afrankel@stblaw.com | |