Order Filed on April 11, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br>　　　　　　　Debtor. | Chapter 11<br><br>Case No.:  21-30589 (MBK)<br><br>Judge:  Michael B. Kaplan |
| LTL MANAGEMENT LLC,<br>　　　Plaintiff,<br>v.<br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT<br>and JOHN AND JANE DOES 1-1000,<br>　　　Defendants. | Adv. Pro. No. 21-03032 (MBK) |

**ORDER AUTHORIZING THE DEBTOR TO SUPPLEMENT APPENDIX A TO DEBTOR'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 11, 2022**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1523787098

(Page 2)
Debtor: LTL Management LLC
Case No. 21-03032-MBK
Caption: Order Authorizing the Debtor to Supplement Appendix A to Debtor's Complaint for Declaratory and Injunctive Relief

Upon the notice (the "Notice")[2] of LTL Management LLC, the debtor in the above-captioned chapter 11 case (the "Debtor") and the plaintiff in the above-captioned adversary proceeding, proposing to supplement Appendix A to the Debtor's Complaint for Declaratory and Injunctive Relief pursuant to the PI Order, and this Court having jurisdiction over the matter pursuant to 28 U.S.C. §§ 157(b) and 1334; and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the supplement to Appendix A being good and sufficient notice thereof; and upon consideration of the Notice, and any response filed thereto; and this Court having found just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Debtor is authorized, pursuant to the PI Order, to supplement Appendix A in the manner attached to the Notice as Exhibit 1.

2. The Debtor is authorized to take all actions it deems necessary to effectuate the relief granted in this Order.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

---

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Notice.

NAI-1523787098