UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-071

No. 22-8015

In re: LTL MANAGEMENT LLC,
                                                    Debtor

LTL MANAGEMENT LLC v. THOSE PARTIES LISTED ON APPENDIX A TO THE COMPLAINT AND JOHN AND JANE DOES 1-1000

THE OFFICIAL COMMITTEE OF TALC CLAIMANTS I,
                                                    Petitioner

(N.J. Bk. Nos. 21-ap-03032, 21-bk-30589;
D.N.J. Nos. 3-22-cv-01339, 3-22-cv-01350)


No. 22-8016

In re: LTL MANAGEMENT LLC,
                                                    Debtor

LTL MANAGEMENT LLC v. THOSE PARTIES LISTED ON APPENDIX A TO THE COMPLAINT AND JOHN AND JANE DOES 1-1000

PATRICIA COOK; RANDY DEROUEN; JAN DEBORAH MICHELSON-BOYLE; EVAN PLOTKIN; GIOVANNI SOSA; KATHERINE TOLLEFSON; KRISTIE DOYLE, as Estate Representative of Dan Doyle; TONYA WHETSEL, as Estate Representative of Brandon Whetsel; THE OFFICIAL COMMITTEE OF TALC CLAIMANTS II,
                                                    Petitioners

(N.J. Bk. Nos. 21-ap-03032, 21-bk-30589;
D.N.J. Nos. 3-22-cv-01289, 3-22-cv-01296, 3-22-cv-01303)

No. 22-8020

In re: LTL MANAGEMENT LLC,
                              Debtor

ARNOLD & ITKIN LLP, on behalf of Approximately 7,000 Talc Personal Injury Claimants who are represented by Arnold & Itkin LLP,
                              Petitioner

(N.J. Bk. No. 21-bk-30589; D.N.J. No. 3-22-cv-01387)


No. 22-8021

In re: LTL MANAGEMENT LLC,
                              Debtor

LTL MANAGEMENT LLC v. THOSE PARTIES LISTED ON APPENDIX A TO THE COMPLAINT AND JOHN AND JANE DOES 1-1000

AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC,
                              Petitioner

(N.J. Bk. Nos. 21-ap-03032, 21-bk-30589; D.N.J. Nos. 3-22-cv-01290, 3-22-cv-01292)


Present:  JORDAN, PORTER and MATEY, Circuit Judges

1. Petition for Permission to Appeal pursuant to 28 U.S.C. Section 158(d)(2) filed by Petitioner Official Committee of Talc Claimants I in 22-8015.

2. Petition for Permission to Appeal pursuant to 28 U.S.C. Section 158(d)(2) filed by Petitioners Patricia Cook, Randy Derouen, Kristie Doyle, Jan Deborah Michelson-Boyle, Evan Plotkin, Giovanni Sosa, Katherine Tollefson, Kristie Doyle, as Estate Representative of Dan Doyle, Tonya Whetsel, as Estate Representative of Brandon Whetsel, and The Official Committee of Talc Claimants II in 22-8016.

3. Petition for Permission to Appeal pursuant to 28 U.S.C. Section 158(d)(2) filed by Petitioner Arnold & Itkin LLP, on behalf of Approximately 7,000 Talc Personal Injury Complaints who are represented by Arnold & Itkin LLP in 22-8020.

4. Petition for Permission to Appeal pursuant to 28 U.S.C. Section 158(d)(2) filed by Petitioner Alystock Witkin Kreis & Overholtz PLLC in 22-8021.

5. Consolidated Answer in Opposition to Petitions for Direct Appeal under 28 U.S.C. Section 158(d)(2) by Respondent LTL Management LLC.

Respectfully,
Clerk/CND

_____ORDER_____

The foregoing Petitions are **GRANTED.**

By the Court,

s/David J. Porter
Circuit Judge

Dated: May 11, 2022

CND/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## NOTICE

**GRANT OF PERMISSION FOR LEAVE TO APPEAL PURSUANT TO 28 U.S.C. SECTION 158(d)(2)(A)**

The Court of Appeals has granted a petition for leave to appeal in this matter. Appellant(s) must pay the $207.00 docketing fee in the bankruptcy court for each notice of appeal that they wish to have docketed in the Court of Appeals within 14 days after the entry of the order granting permission for leave to appeal. If the United States government is the appellant, an additional fee by the government is not required. Fed. R. App. P.5.

A new notice of appeal does not need to be filed. A copy of the Court's order granting permission for leave to appeal serves as the notice of appeal and has been forwarded to the appropriate court.

The entry of date of the order granting permission to appeal serves as the date of filing of the notice of appeal for calculating time under Fed. R. App. P. 5(d)(1). **Appellant(s) shall notify the Court of Appeals by filing a notification through ECF in the current case that the filing fee has been paid.**

Upon receipt of the notice from Appellant(s), the appeal will be opened on the general docket. All future filings regarding the appeal will be entered under the new docket number.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/Cara
Case Manager
267-299-4210

cc:   Arthur J. Abramowitz, Esq.
      Jerome H. Block, Esq.
      Charles W. Branham III, Esq.
      Lisa N. Busch, Esq.
      Kathy Byrne, Esq.
      Caitlin K. Cahow, Esq.
      David A. Chandler, Esq.
      John D. Conney, Esq.
      Melanie L. Cyganowski, Esq.
      Paul R. DeFilippo, Esq.
      Jeffrey M. Dine, Esq.
      Karen B. Dine, Esq.
      Sharon I. Dwoskin, Esq.
      Brad B. Erens, Esq.
      Angelo J. Genova, Esq.

Brian A. Glasser, Esq.
Gregory M. Gordon, Esq.
Robert W. Hamilton, Esq.
Kathleen R. Hartnett, Esq.
Jeffrey L. Jonas, Esq.
James M. Jones, Esq.
Laura D. Jones, Esq.
Honorable Michael B. Kaplan
Neal K. Katyal, Esq.
Steven Kazan, Esq.
Peter J. Keane, Esq.
Samuel M. Kidder, Esq.
Marek P. Krzyzowski, Esq.
James N. Lawlor, Esq.
Nir Maoz, Esq.
Sean M. Marotta, Esq.
C. Kevin Marshall, Esq.
Jonathan S. Massey, Esq.
David J. Molton, Esq.
Ms. Jeanne A. Naughton
Joseph F. Pacelli, Esq.
Lenard M. Parkins, Esq.
Robert J. Pfister, Esq.
Daniel B. Prieto, Esq.
Mark W. Rasmussen, Esq.
Suzanne Ratcliffe, Esq.
Michael W. Reining, Esq.
Colin R. Robinson, Esq.
Amanda Rush, Esq.
Joseph D. Satterley, Esq.
Ian R. Shapiro, Esq.
Adam C. Silverstein, Esq.
Cullen D. Speckhart, Esq.
Daniel M. Stolz, Esq.
Clay Thompson, Esq.
Lyndon M. Tretter, Esq.
Michael L. Tuchin, Esq.
Julie Veroff, Esq.
Thomas W. Waldrep Jr., Esq.
Mr. William T. Walsh
Michael S. Winograd, Esq.
Paul J. Winterhalter, Esq.
Honorable Freda L. Wolfson