|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>*ATTORNEYS FOR DEBTOR* |  |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No.:  21-30589 (MBK)<br><br>Judge:  Michael B. Kaplan |
| LTL MANAGEMENT LLC,<br>                Plaintiff,<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO<br>COMPLAINT and JOHN AND JANE DOES 1-1000,<br>                Defendants | Adv. No. 21-3032 (MBK) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 6, 2022 AT 10:00 A.M.**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1531944055

*Pursuant to the Order Adjourning Matters [Dkt. 2609], the hearing will be held via Zoom only. All parties who intend to present argument should contact Chambers at chambers_of_mbk@njb.uscourts.gov and provide the name and email address of the speaker, as well as provide information regarding the party the speaker represents and/or the purpose of the appearance.*

*Parties are directed to https://www.njb.uscourts.gov/LTL for observing via Zoom.*

## STATUS CONFERENCE

Pursuant to the Court's July 1, 2022 order, a conference is going forward to discuss the Court's expectations for the July 26, 2022 hearing and for the case going forward.

## MATTERS NOT GOING FORWARD IN THE BASE CASE OR IN THE ADVERSARY PROCEEDING

1. The status conference on the arguments as to the merits of a claims estimation hearing.

   **Status:  Pursuant to the *Order Adjourning Matters* [Dkt. 2609] (the "<u>Order</u>"), the status conference has been adjourned to the July 26, 2022 hearing.**

2. Travelers Casualty and Surety Company's Motion for an Order Granting Relief from the Automatic Stay to Allow the NJ Coverage Action to Proceed [Dkt. 1488].

   **Status:  Pursuant to the Order, this matter has been adjourned to the July 26, 2022 hearing.**

3. Motion by the New Jersey Coverage Action Plaintiff-Insurers for an Order (I) Confirming That the Automatic Stay Does Not Apply to the New Jersey Coverage Action or, in the Alternative, (II) Granting Relief From the Automatic Stay to Allow the New Jersey Coverage Action to Proceed [Dkt. 1491].

   **Status:  Pursuant to the Order, this matter has been adjourned to the July 26, 2022 hearing.**

4. Motion by Movant Anthony Hernandez Valadez for an Order Granting Relief From the Preliminary Injunction to Allow Him to File His Asbestos Personal-Injury Action in California State Court, or, in the Alternative, (II) Conduct Discovery, and (III) Waiving the Fourteen Day Stay Under Federal Rule of Bankruptcy Procedure 4001(a)(3) [Dkt. 2348].

   **Status:  Pursuant to the Order, this matter has been adjourned to the July 26, 2022 hearing.**

NAI-1531944055

5. Motion by Movant Audra Johnson for an Order Granting Relief From the Preliminary Injunction to Allow Her to File an Asbestos Personal-Injury Action in California State Court, or, in the Alternative, (II) Conduct Discovery, and (III) Waiving the Fourteen Day Stay Under Federal Rule of Bankruptcy Procedure 4001(a)(3) [Dkt. 2349].

    **Status: Pursuant to the Order, this matter has been adjourned to the July 26, 2022 hearing.**

6. Memorandum Opinion Granting Preliminary Injunction and Resolving Adversary Proceeding in Debtor's Favor [Adv. Pro. Dkt. 184, Dkt. 1573] and Order (I) Declaring That Automatic Stay Applies to Certain Actions Against Non-Debtors and (II) Preliminarily Enjoining Certain Actions [Adv. Pro. Dkt. 187, Dkt. 1635].

    **Status: The hearing with respect to the continuation of the automatic stay and preliminary injunction has been adjourned to July 26, 2022.**

## UNCONTESTED MATTERS GOING FORWARD IN THE BASE CASE

7. Rayburn Cooper & Durham, P.A. Final Application for Compensation of Fees and Reimbursement of Expenses of [Dkt. 1748].

    **Status: This matter is going forward.**

    Objection Deadline: June 29, 2022.

    Related Documents:

    A.  Fee Examiner's Consolidated Supplemental Final Report Pertaining to the First Interim Fee Applications of Brown Rudnick LLP and Rayburn Cooper & Durham, P.A. for the Period from October 14, 2021 through January 31, 2022 [Dkt. 2547] (the "Fee Examiner Report").

    Objections Received: None.

8. Brown Rudnick LLP First Interim Application for Compensation of Fees and Reimbursement of Expenses [Dkt. 1761].

    **Status: This matter is going forward.**

    Objection Deadline: June 29, 2022.

    Related Documents:

    A.  The Fee Examiner Report.

    Objections Received: None.

NAI-1531944055

9.  Debtor's Second Motion for Entry of an Order Extending the Period Within Which the Debtor May Remove Actions Pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedures [Dkt. 2511].

    **Status:  This matter is going forward.**

    Objection Deadline: June 29, 2022.

    Related Documents:  None.

    Objections Received: None.

|  |  |
|---|---|
| Dated:  July 1, 2022 | **WOLLMUTH MAHER & DEUTSCH LLP** |
|  | */s/ Paul R. DeFilippo* |
|  | Paul R. DeFilippo, Esq. |
|  | James N. Lawlor, Esq. |
|  | Joseph F. Pacelli, Esq. (*pro hac vice*) |
|  | 500 Fifth Avenue |
|  | New York, New York 10110 |
|  | Telephone: (212) 382-3300 |
|  | Facsimile: (212) 382-0050 |
|  | pdefilippo@wmd-law.com |
|  | jlawlor@wmd-law.com |
|  | jpacelli@wmd-law.com |
|  | |
|  | **JONES DAY** |
|  | Gregory M. Gordon, Esq. |
|  | Brad B. Erens, Esq. |
|  | Dan B. Prieto, Esq. |
|  | Amanda Rush, Esq. |
|  | 2727 N. Harwood Street |
|  | Dallas, Texas 75201 |
|  | Telephone: (214) 220-3939 |
|  | Facsimile: (214) 969-5100 |
|  | gmgordon@jonesday.com |
|  | bberens@jonesday.com |
|  | dbprieto@jonesday.com |
|  | asrush@jonesday.com |
|  | (Admitted *pro hac vice*) |
|  |  |
|  | *ATTORNEYS FOR DEBTOR* |