# **Exhibit 1**



# Victim Testimonials



# Table of Contents

**Ovarian Cancer Plaintiffs**

Shawn Blaes ................................................................................................4

Diane Brower ...............................................................................................5

Corinne Carrino............................................................................................6

Gayle Emerson ............................................................................................7

Patricia Matthey ...........................................................................................8

Bernadine Moore..........................................................................................9

Tamara Newsome.......................................................................................10

Deborah Schultz .........................................................................................11

**Mesothelioma Plaintiffs**

Randy Derouen ......................................................................... 13

Daniel Doyle ..............................................................................................14

Theresa Garcia ..........................................................................................15

Brandon Whetsel .......................................................................................16



# Ovarian Cancer Plaintiffs



# Shawn Blaes

 

| | |
|---|---|
| **Case Number** | Valerie Swann, et al., v. Johnson & Johnson, et al., 1422-CC09326-03 |
| **Diagnosis** | Ovarian Cancer, Stage 4 |
| **Age of Diagnosis** | 48 (Died, 2 Years Later, at 50) |
| **Family** | Husband: Mike Blaes, Sons: Alex and Kyle Blaes |
| **Profession** | Figure Skating Coach and Business Owner |
| **Hometown** | St. Louis, Missouri |

> *"Shawn was the love of my life. She loved me almost as much as her twin boys, maybe a bit more than her dogs. She loved animals and rescued dogs…and even small animals like squirrels. She trusted her doctors, authorities, and institutions to protect her from harm and keep her best interest in mind. I have learned that this is not always the case."*
>
> *- Michael Blaes, husband of Shawn Blaes*

## Overview

Shawn Blaes was an incredible figure skater. So great was her love and passion for skating that she ultimately opened a skating store so she could purchase skates and uniforms wholesale and pass the savings on to the less fortunate. Shawn married her high school sweetheart and had twin boys. Throughout her adult life, she continued with her passion for skating, teaching skating lessons, and coaching competitively.

Shawn regularly used Johnson & Johnson's Baby Powder® to help keep herself dry and fresh during her figure skating practices and performances. She competed all over the country, ultimately falling just short of qualifying for the U.S. Olympic Team.

In September 2008, Shawn was told she had two large cysts in her abdomen and needed surgery as soon as possible. Ultimately, she was diagnosed with Stage 4 Ovarian Cancer. After many doctor's visits, procedures, surgeries, hospital stays, and chemotherapy, Shawn passed away in her home on January 12, 2011, with her family by her side.

## Case-Specific Considerations

Shawn's husband, Mike was determined to make a difference and spread the little-known fact that talcum powder causes Ovarian Cancer. Shawn's case was the second talcum powder Ovarian Cancer lawsuit filed in the United States and was mid-trial when the United States Supreme Court issued its decision regarding personal jurisdiction in *BMS v. Superior Court*, 137 S. Ct. 1773 (2017), resulting in a mistrial. Her case has since gone up to the Missouri appellate courts on venue and jurisdiction, and now stands ready to be tried.

# Diane Brower




| | |
|---|---|
| **Case Number** | 16-EV-005534, State Court of Fulton County, Georgia |
| **Diagnosis** | Serous Cancer, Stage 3 |
| **Age of Diagnosis** | 62 (Died, Three Years Later, at 65) |
| **Family** | Three Sons, Granddaughter: Anastasia |
| **Profession** | Marketing Executive |
| **Hometown** | Atlanta, Georgia |

> "Oh, she was amazing. She was so optimistic. She…just always felt like she was going to beat this disease. And the doctors several times have said don't you want to stop. She would say no, if there's a treatment out there, I want to take it because I want to live for Ana (adopted granddaughter)."
>
> - Pamela Russel, Diane Brower's sister

## Overview

Diane was born in Boston and grew up in a military family, spending her high school years in Germany. She earned a Bachelor's degree in Journalism from the University of Georgia. Diane was an extremely devoted mother and grandmother who spent the last years of her life caring for her granddaughter, Anastasia, whom she adopted. She was Anastasia's full-time caregiver before she lost her battle with Ovarian Cancer.

A longtime resident of Atlanta, Diane worked as a marketing executive until her diagnosis. Diane was the mother of three sons. She loved traveling and doing arts and crafts with Anastasia and was also very active in her church.

Diane began using Johnson & Johnson's Baby Powder® products as a teenager in the 1960s. She continued using the products daily for the next 20 years. Diane's mother also used Johnson & Johnson's Baby Powder® on her as a baby.

Diane was diagnosed with Stage 3 Ovarian Cancer in September 2013. She underwent extensive surgeries and chemotherapy treatments, during which time she had horrible reactions to the drugs. Diane endured this incredibly painful process for three long years before succumbing to the disease in December of 2016 at the age of 65.

## Case-Specific Considerations

The first trial of Ms. Brower's case resulted in a mistrial due to a hung jury. The case is ready to be set for a new trial.

# Corinne Carrino

 

> *"Even with this cancer . . . I move forward and I work very hard to have a good balanced life."*
>
> *- Corinne Carrino*

| | |
|---|---|
| **Case Number** | 1522-CC00419, Missouri State Court |
| **Diagnosis** | High-Grade Serous Ovarian Cancer, Stage 3 |
| **Age of Diagnosis** | 47 (Died, 9 Years Later, at 54) |
| **Family** | Husband: Joseph Carrino, Son: Christopher Carrino, Stepson: JJ Carrino |
| **Profession** | Speech Pathologist |
| **Hometown** | Toms River, New Jersey |

## Overview

Corinne Carrino grew up in Tinton Falls, New Jersey, and graduated from Montclair State University with both her Bachelor's and Master's Degrees in Speech Pathology. She went on to practice as a Speech Pathologist for over 30 years, dedicating her professional career to providing young children with speech therapy and early intervention services. Corinne's faith played a large role in her life. She shared her exceptional spirituality with her family, friends, and those she served in unending support and positivity.

Corinne used Johnson & Johnson's Baby Powder® every day for 33 years as a part of her daily feminine hygiene routine. After decades of use, Corinne was diagnosed with Ovarian Cancer in November 2013 at the age of 47. Corinne underwent surgery, chemotherapy, and immunotherapy. She battled cancer for nine years, enduring five recurrences.

Corinne lost her battle with cancer and passed away on December 13, 2020, leaving behind her husband, son, stepson, siblings, and countless family members and friends with whom she shared many years of happiness. She cherished spending time with her son, Chris, her husband, Joseph, and their dog, Lacey. She loved reading, taking day outings to unique locations, watching sunrises, and spending time in her quiet backyard by the stream.

## Case-Specific Considerations

This case should be considered for the stay to be lifted because her case is ready for trial. Depositions have been taken of Corinne and two of her treating physicians. Expert reports have been submitted, experts have been deposed, and all pretrial motions have been briefed.

*Ashcraft & Gerel*

# Gayle Emerson



*"I'm not giving up, but I'm really scared if I'm going to pull through it this time. Cancer is a scary word... I'm very scared what's going to happen. And I'm very concerned about how my kids are going to handle it."*

*- Gayle Emerson*

| | |
|---|---|
| **Case Number** | 190509334, Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania - Civil Trial Division |
| **Diagnosis** | High-Grade Serous Ovarian Cancer, Stage 3 |
| **Age of Diagnosis** | 64 (Died, 4 Years Later, at 68) |
| **Family** | Children: Aaron Henry, Isaac Emerson, Jr., and Wendy Keiser, Five Grandchildren |
| **Profession** | Office Manager, H&R Block |
| **Hometown** | York, Pennsylvania |

## Overview

Gayle Emerson was a dedicated mother to her daughter and two sons. She was also a devoted grandmother, raising and homeschooling two of her grandsons. She enjoyed making afghans and baking for her family. After her diagnosis, she participated in Relay for Life and other cancer fundraisers. Gayle had a bucket list, which included seeing the Grand Canyon. Her son, Aaron, took her to see it before she died.

Gayle used Johnson & Johnson's Baby Powder® for approximately 48 years. Gayle began using the product the year her daughter was born. She regularly used it on her daughter and liked how it smelled, so she started using the product on herself.

After experiencing persistent abdominal pain for several months, Gayle was seen by a general surgeon. A CT scan showed a pelvic mass. Ultimately, she was diagnosed with Stage 3 Ovarian Cancer at the age of 64. She had a complete hysterectomy, omentectomy, pelvic peritoneal stripping, and right hemi-diaphragm peritonectomy. She underwent multiple rounds of chemotherapy until she went into remission in 2016. In February 2019, she had a recurrence. She received additional chemotherapy, but after further evaluation, her physicians transitioned her to palliative chemotherapy in late October 2019. Gayle passed away a few weeks later, on November 9, 2019.

## Case-Specific Considerations

This case should be considered for the stay to be lifted as it was considered trial ready in October of 2021. In addition, plaintiff and treating physician depositions have been taken, and expert disclosures have been completed, positioning the case to be set for trial immediately.

*Beasley Allen Law Firm/Eisenberg Rothweiler Winkler Eisenberg & Jeck*

7

# Patricia Matthey



| | |
|---|---|
| **Case Number** | 2018-CA004809, Circuit Court of the Twelfth Judicial Circuit, Sarasota County, Florida |
| **Diagnosis** | Serous Ovarian Cancer, Stage 4 |
| **Age of Diagnosis** | 69 (Died, Three Years Later, at 72) |
| **Family** | Husband: Bernard, Two Children, and Two Grandchildren |
| **Profession** | Small Business Owner, Aerobics Instructor |
| **Hometown** | Sarasota, Florida |

> *"I was sold a product that I believed to be not only healthy but safe, and that was not true. I believe corporations need to be held accountable for what they do, the advertising they do, and that if there's any perceived or suspected danger, they have a responsibility to the public so that people can make informed decisions."*
>
> *- Patricia Matthey*

## Overview

Patricia Matthey was born in New York City but moved to Sarasota, Florida, in the late 1970s. Pat was a successful entrepreneur and built a successful jazz aerobics workout studio where she shared her love for jazz and dancing with her community. Pat was married to Bernard, with whom she shared two children and two grandchildren. She was vivacious, fun-loving, and devoted to her friends and family.

Pat was a lifelong user of Johnson & Johnson's Baby Powder®. She began using the product daily when she was approximately 18 years old.

In August 2016, an exploratory laparotomy for bowel obstruction and ileal resection revealed Stage 4 Ovarian Cancer, serous subtype. In February 2017, Pat underwent a total abdominal hysterectomy, bilateral salpingo-oophorectomy, abdominal cavity debulking, omentectomy, right bowel and ileal resection, and manual construction of an isoperistaltic side-to-side ascending ileocolic anastomosis. In August 2017, the treatments continued with a subtotal colectomy with Hartmann's pouch and terminal ileostomy for bowel obstruction caused by recurrent Ovarian Cancer. Pat lived with an ostomy bag for the remainder of her life. After multiple rounds of chemotherapy and countless surgeries, Pat sadly succumbed to the disease in November 2019.

## Case-Specific Considerations

This case should be considered for the stay to be lifted for multiple reasons. First, this case is trial ready. Prior to the bankruptcy stay, this case was set for trial in March 2022, just months after the LTL bankruptcy filing. Second, prior to her death, Pat sat for both a discovery deposition and trial preservation deposition. Third, all expert discovery has been completed and *Daubert* and dispositive motions are under submission.

*Motley Rice*

8

# Bernadine Moore



| | |
|---|---|
| **Case Number** | 170104504, Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania - Civil Trial Division |
| **Diagnosis** | High-Grade Serous Papillary Carcinoma, Stage 3C |
| **Age of Diagnosis** | 66 (Died, 2 Years Later, at 68) |
| **Family** | 5 Children |
| **Profession** | Homemaker |
| **Hometown** | Philadelphia, Pennsylvania |

> *"My mom cared for everyone. She was committed to her family, friends, and her church. When we found out that she had been diagnosed with Ovarian Cancer, we were heartbroken. Even through her years' long struggle with the cancer, she was always looking out for others."*
>
> *- Ethan Moore, son of Bernadine Moore*

### Overview

Born and raised in Philadelphia, Pennsylvania, Bernadine Moore had a busy and productive life. She volunteered in her community, served in critical roles at her church, and was constantly surrounded by her friends and family. Bernadine was married with five children and many grandchildren. Most days, she could be seen going from house to house preaching the gospel and helping her neighbors.

Bernadine never left the house without applying Johnson & Johnson's Baby Powder® or Shower to Shower®. She used the products daily and sometimes twice a day as a part of her feminine hygiene routine for over 50 years.

In January 2016, Bernadine started experiencing extreme abdominal pain and shortness of breath. She underwent an exploratory laparotomy, which yielded an 18 cm tumor in her pelvis with metastases throughout her abdomen. She was diagnosed with Stage 3C Ovarian Cancer at 66 years old. Bernadine's expert pathologist Dr. Sandra McDonald found "a significant amount of talc is present" within the tissue samples taken from her ovarian tumor. During her brave fight against Ovarian Cancer, Bernadine underwent several surgeries and rounds of chemotherapy. Unfortunately, Bernadine never recovered and passed away on March 23, 2018, from complications of Ovarian Cancer. Bernadine left behind a large grieving family that relied on her as the matriarch. Her knowledge, wisdom, and sage advice cannot be replaced.

### Case-Specific Considerations

This case should be considered for the stay to be lifted as all fact discovery has been completed and expert reports were disclosed. During the week in which the bankruptcy was declared, the state court had scheduled a hearing to set a trial date. This case was filed in February 2017. Days after it was filed, the defendants improperly removed the case to federal court, which in turn transferred the case to the MDL. The case was remanded from the MDL, but before the case could go to trial, Imerys Talc America declared bankruptcy, and the case was again removed to federal court. The case was subsequently remanded, and all fact discovery was completed.

*The Miller Law Firm*

9

# Tamara Newsome



| | |
|---|---|
| **Case Number** | 3:18-cv-17146 – MDL, U.S. District Court, District of New Jersey, MDL No. 2738 |
| **Diagnosis** | Ovarian Cancer, Stage 2 |
| **Age of Diagnosis** | 53 |
| **Family** | Husband: Daniel Francois, Jr., Son: Daniel Francois, III, Daughter: Tae'lor Francois |
| **Profession** | Medical Sonographer |
| **Hometown** | Lanham, Maryland |

> *"I wanted to show [my children] that no matter what happens, you have to put up a fight and just keep pushing to live your life the best you can."*
>
> *- Tamara Newsome*

## Overview

A resident of Lanham, Maryland, Tamara Newsome is a beloved wife and mother. After being together for 23 years, Tamara and Daniel Francois, Jr. married in 2005. To this day, he describes her as his best friend. They have two children, Daniel, III and Tae'lor.

Tamara used Johnson & Johnson's Baby Powder® and Shower to Shower® for approximately 40 years. It was part of her daily routine, as central as brushing her teeth. Tamara described Johnson & Johnson's Baby Powder® as a staple in her household, both as a child and an adult.

In March 2015, at age 53, Tamara was diagnosed with Ovarian Cancer after an emergency room visit for stomach pain. Following examination, the physician sent her for an ultrasound. As a medical sonographer of 30 years, Tamara immediately knew what the image on the ultrasound screen meant: Ovarian Cancer. Tamara underwent surgery and six months of chemotherapy. Unfortunately, she had an allergic reaction to two different chemotherapy drugs, which both resulted in anaphylactic shock. She was also hospitalized with neutropenia as a result of chemotherapy. Through it all, Tamara has stayed strong for her family, although she lives with the constant fear that her cancer will return.

## Case-Specific Considerations

Tamara's case is an MDL bellwether case. Discovery of Plaintiffs' experts is complete. LTL filed bankruptcy one week before Johnson & Johnson's expert reports were due.

*Blasingame, Burch, Garrard & Ashley, P.C.*

10

# Deborah Schultz



> *Deborah Schultz is a loving mother, wife, and health care provider. She is defined by her love and service to her patients as a Registered Nurse and her family. She is a beacon of hope for others even when faced with very little hope for herself. She will never give up.*

| | |
|---|---|
| **Case Number** | Superior Court of the State of California, County of Los Angeles, JCCP No. 4872 |
| **Diagnosis** | Ovarian Cancer, Stage 4, Metastasized Into Lymph Nodes |
| **Age of Diagnosis** | 57 |
| **Family** | Husband: Albert L. Schultz, Sons: Spencer and Zachary Schultz, Grandson: Henry Schultz |
| **Profession** | Registered Nurse |
| **Hometown** | Woodland Hills, California and Los Angeles, California |

### Overview

A life-long resident of Los Angeles, Deborah attended and worked at LAC/USC Nursing School, where she became a Registered Nurse. There, she met her husband, Albert "Al," a medical student at the time, now a practicing E.R. physician. At LAC/USC Medical Center, Deborah worked as a Neurosurgical ICU nurse and later as an ICU nurse at Sierra Vista Hospital. The Schultzes have dedicated their lives to the healing arts and are loved by patients and everyone they meet.

Deborah used Johnson & Johnson's Baby Powder® and Shower to Shower® for over 50 years. It was a part of her daily feminine hygiene routine. Deborah was working with the Santa Barbara Public Health Department when she was forced to retire after being diagnosed with Stage 4 Ovarian Cancer. This devastating news came without warning to a family with no history of cancer. Her relentless battle with Ovarian Cancer is ongoing and has included surgeries, chemotherapy, and immunotherapy. Despite her grim prognosis, she continues to keep up the fight against this disease for her loving husband of 37 years, their two sons, and their beautiful new grandson. She inspires hope and encouragement.

### Case-Specific Considerations

Deborah's case falls within California's preference status statute due to her declining health and the substantial medical doubt she will survive beyond six months. A preference motion under CCP 36(d)(e) is not yet filed due to the PI order, but if the PI Order preventing its filing is modified, the motion and evidence demonstrating that the case qualifies for a preferential trial setting under CCP 36(d)(e) will be filed, permitting the court to set and commence a trial within 120 days.

*Robinson Calcagnie*



# Mesothelioma Plaintiffs



# Randy Derouen



> *Randy Derouen was forced to retire at 48 from his dream job as a manager at a sports betting company due to the severity of his illness.*

| | |
|---|---|
| **Case Number** | MID-L-005122-20, Superior Court of New Jersey, Middlesex County Court Of NJ - Middlesex County |
| **Diagnosis** | Peritoneal Mesothelioma |
| **Age of Diagnosis** | 46 |
| **Family** | Mother: Betty, Father: Rodney, Brothers: Rodney, Ricky, and Rusty |
| **Profession** | General Manager at FanDuel |
| **Hometown** | Biloxi, Mississippi |

## Overview

Randy was born on July 5, 1973, in Biloxi, Mississippi. Throughout his life, Randy worked in the hospitality industry. Just before his diagnosis, he relocated to Indiana to accept his dream job as a general manager of Sportsbook at FanDuel, a sports betting company. Unfortunately, Randy had to retire early and move back to Mississippi to live with his parents because he needs their assistance and support while fighting his cancer.

Randy's mother, Betty, applied Johnson & Johnson's Baby Powder® to Randy as a child following diaper changes and baths. Randy began applying Johnson & Johnson's Baby Powder® on himself when he was about five years old. He used the product when participating in sports, such as baseball and other extracurricular activities. For nearly 30 years, Randy regularly used Johnson & Johnson's Baby Powder after showers and occasionally used Shower to Shower® until he was diagnosed with Peritoneal Mesothelioma in 2020.

Randy started experiencing abdominal pain during the summer of 2019. He sought medical attention after noticing weight loss and an increase in the size of his stomach. After being diagnosed with Peritoneal Mesothelioma in June 2020, Randy underwent a laparoscopy with hyperthermic intraperitoneal chemotherapy and systematic chemotherapy.

## Case-Specific Considerations

Randy is living with Mesothelioma and is an active member of the Talc Creditors Committee. He had three trial dates scheduled for October 25, 2021, January 10, 2022, and February 28, 2022, that have been postponed due to the bankruptcy.

# Daniel Doyle



| | |
|---|---|
| **Case Number** | 18cv333609, Santa Clara County |
| **Diagnosis** | Biphasic Malignant Mesothelioma |
| **Age of Diagnosis** | 47 (Died, 6 Months Later, at 48) |
| **Family** | Spouse: Kristie and Son: Ethan Doyle |
| **Profession** | Human Resource Analyst |
| **Hometown** | Grove City, Ohio |

> *"How much it tore us apart, how much hurt it brought us that it took away my only father."*
>
> *– Ethan Doyle when asked how Johnson & Johnson's Baby Powder® impacted his father and the family's lives.*

## Overview

Dan was an active member of his community and a devoted coach of his son's sports teams, including baseball, basketball, and football. With a passion for youth sports, Dan helped create a local youth basketball league. He was a lifelong fan of The Ohio State University, the Cincinnati Reds, and the Miami Dolphins. Dan was an outgoing individual beloved by his community, so much so that he even garnered a record 15 percent of the vote as a write-in candidate for mayor of Grove City, Ohio.

Dan was a lifelong user of Johnson & Johnson's Baby Powder®. The product was a trusted part of his daily hygiene routine. He was only 47 years old when he was diagnosed with aggressive Biphasic Mesothelioma.

On June 22, 2018, Dan underwent surgery because his left lung had a large amount of fluid and nearly collapsed. Dan's cancer was high grade and remained aggressive, despite chemotherapy. As each day passed, Dan's condition worsened, and he became emotionally distant from friends and family. Finally, three days before Christmas in 2018, Dan died at the age of 48 in his family home with loved ones by his side. He is survived by his wife of over 18 years, Kristie, and his now 17-year-old son Ethan. Kristie is an active member of the Talc Claimant Committee.

## Case-Specific Considerations

This case is completely worked up and ready for trial. Discovery has been concluded, all pre-trial motions have been briefed, the case has been set for trial on multiple occasions, and the trial court is ready to assign this case to a trial judge.

*Kazan, McClain, Satterley & Greenwood PLC*

# Theresa Garcia



| | |
|---|---|
| **Case Number** | **2020L004505, Illinois** |
| **Diagnosis** | **Mesothelioma, Stage 4** |
| **Age of Diagnosis** | **53** |
| **Family** | **Fiancé: Carlos, Daughters: Vanessa and Caressa Garcia, Stephani Salcedo, Jazmine and Anyssa Cerda, Son: Edward Cerda, Mother, Grandchildren** |
| **Profession** | **Homemaker** |
| **Hometown** | **Chicago, Illinois** |

> *"There are no words to explain the amount of pain I feel knowing that you're gone, but I pray your soul is now at peace and that you will forever look down on us. You were the best mother I could have ever asked for and an even better grandmother! "*
>
> *– Stephanie Salcedo, Thersea's daughter*

## Overview

Theresa Garcia was a beloved mother and grandmother living in Chicago, Illinois. After a brutal battle with Mesothelioma, Theresa died in hospice surrounded by her family. She left behind her fiancé Carlos, six children, and 13 grandchildren.

In addition to using Johnson & Johnson's Baby Powder® on herself, Theresa also used it on her younger sibling, children, and grandchildren. Johnson & Johnson's Baby Powder® was a trusted product in the Garcia family.

Theresa passed away on July 27, 2020, before she or her family could seek their owed justice in court. Her pain and suffering were exceptional. The sarcomatoid cancer formed a dagger that hit every nerve ending outside her lungs and insidiously grew up her spine to her brain. Unable to say her last words to her children on her deathbed, she chose to hum the lullaby that she sang to them as little girls.

Theresa's lost earnings totaled over $500,000. The cancer and treatment took a devastating toll on the family, causing them to seek financial support from the community for Theresa's funeral costs.

## Case-Specific Considerations

This case is completely worked up and ready for trial. Discovery has been concluded, all pre-trial motions have been briefed, and the case's trial was set to go forward June 2022. The stay kept her from having her set trial date against J&J and JJCI. She used other talc products, but the use was limited in time. Those parties resolved but the family has not had a chance to get any recovery from the company that is responsible for the product she used the most. The family cannot get closure. This case was set for trial on multiple occasions, and the trial court is ready to assign this case to a trial judge.

*Dean Omar Branham Shirley, LLP*

# Brandon Whetsel




*"We continue to be overwhelmed by the number of people who truly care about Brandon…. We got a card from a Teva patient in California who used to talk to Brandon on the phone when he was a PCCR. Brandon touched so many lives, both near and far."*

*– Brandon's family*

| | |
|---|---|
| **Case Number** | 1816-CV14915, 16th Judicial Circuit, Jackson County, Missouri |
| **Diagnosis** | Peritoneal Mesothelioma |
| **Age of Diagnosis** | 36 (Died, 18 Months Later, at 37) |
| **Family** | Wife: Kristen Whetsel, Daughter: Avery (6), Stepdaughter: Kayleigh (18) |
| **Profession** | Teva Pharmaceuticals (Program Tester) |
| **Hometown** | Kansas City, Missouri |

### Overview

Brandon was an avid sports fan and enjoyed watching the Kansas City Chiefs, Royals, and University of Missouri Tigers. Brandon met his wife Kristen in 2014. Right away, he became a father figure to Kristen's then 10-year-old daughter Kayleigh. The couple later had a second daughter named Avery. The family enjoyed spending the holidays together, particularly Christmas and Halloween. People were drawn to Brandon's fun-loving personality and bright smile.

Brandon's exposure to Johnson & Johnson's Baby Powder® began as an infant when his mother would use the product following diaper changes. As a child and into adulthood, he continued to use Johnson & Johnson's Baby Powder® before playing sports. At age 36, Brandon was diagnosed with Mesothelioma, one year after his wedding to Kristen. He was referred to the MD Anderson Cancer Center for specialized care. Unfortunately, after enduring chemotherapy, surgeries, and severe treatment side effects, Brandon passed away just 18 months after his diagnosis.

Brandon's family supported him throughout his diagnosis, treatment, and end-of-life care, but navigating the complex and fragmented health care and insurance coverage systems created additional financial and emotional strain. His family and friends had to seek community resources to pay for his care. His last few months of life were spent among his family and friends in at-home hospice care.

### Case-Specific Considerations

This case should be considered for the stay to be lifted as Brandon's young family is in financial need as Brandon was their main financial support. Additionally, this case had a long history of trial dates, including its most recent trial date of January 10, 2022 (less then 3 months after J&J filed bankruptcy). However, Brandon's case had previously been set for trial on January 13, 2020 and then reset for January 11, 2021, and again reset for June 7, 2021. These delays were due to J&J wrongfully removing this case to Federal Court in May 2019 (as they did with 1000s of cases across the county)….this case was remanded back to state court on July 30, 2019. This case's trial date was also delayed due to Covid in 2020 and 2021.

Brandon Whetsel was deposed. Tonya Whetsel (Brandon's mother) was deposed. J&J has also deposed 8 experts in this case including (Dr. Jacqueline Moline, Dr. Murray Finklestein, Dr. David Zhang, Dr. Barry Castleman, Martin Wells PhD, Mark Rigler PhD, Steven Compton PhD, and Dr. Lawrence Spizman)

*Karst von Oiste LLP*